# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

Rev miley Lynn Welch
**Plaintiff**

vs.

City of Carthage missouri et al
**Defendant**

) ) ) ) ) ) ) )

Case No. 3:26-cv-05034-DPR

## AFFIDAVIT OF FINANCIAL STATUS

I, Miley Welch, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

**I. MARITAL STATUS AND PERSONAL DATA**

A. Single:____ Married: ✓ Separated:____ Divorced:____

B. Name of Spouse: David Welch

C. Age of plaintiff, petitioner or complainant: 44

D. Age of spouse: 63

E. Address of plaintiff, petitioner or complainant: 405 N Connor Ave
Joplin mo 64801
Telephone: 417 560 9404

F. Address of spouse: Same 405 N Connor Ave Joplin
Telephone: 417 560 9404

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

David Welch 63 100% Spouse

## II. EMPLOYMENT

A. Name of employer: NA / Disabled / terminated 25 year career

Address of employer: _____

Employer's telephone: _____ Length of employment: _____

Job title or description: _____

Net Income: Monthly $_____ Weekly $_____

Gross Income: Monthly $_____ Weekly $_____

Does employer provide health insurance: Yes_____ No ✓_____

If employer provides health insurance, describe coverage: _____

B. Previous employment (Answer only if presently unemployed)

Name of employer: Kasumba

Address of employer: New York

Employer's telephone: NA Length of employment: 25 years

Job title or description: Independent Contractor

Net Income: Monthly $ 1000 Weekly $_____

Gross Income: Monthly $ 1400 Weekly $_____

**C.** Employment of spouse:

Name of employer: *N/A*

Address of employer:

Employer's telephone: _____ Length of employment: _____

Job title or description:

Net Income: Monthly $_____ Weekly $_____

Gross Income: Monthly $_____ Weekly $_____

## III. FINANCIAL STATUS
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

**A.** Owner of real property? Yes ✓ No____

If yes - Description: *405 N Connor Ave House*

Address: *405 N Connor Ave Joplin mo 64801*

In whose name? *Mitsy + David Welch*

Estimated value: *30,000.00*

Total amount owed: *10,000.00*

Owed to: *Smß*

Annual income from property: *0*

**B.** Owner of automobile: Yes ✓ No____

If yes - Number of automobiles owned: *1*

Make *2007* Model *EddieBauer* Year *expeddtion Ford*

Make_____ Model_____ Year_____

In whose name registered? *Mitsy Welch*

Present value: *0*

Amount owed on the automobile(s): _-0-_

Owed to: _-0- Metro 2,_

Monthly payment(s): _-0-_

C. Cash on hand: (Include checking and savings accounts)

$ _-0-_

List names and addresses of banks and associations:

_Guarantee Bank_

**Please do not state account numbers.**

D. Have you received within the past 12 months any money from any of the following sources:

| | Yes | No |
|---|---|---|
| Rent payments, interest or dividends? | | ✓ |
| Pensions, trust funds, annuities or life Insurance payments? | | ✓ |
| Gifts or inheritances? | | ✓ |
| Welfare Payments? | | ✓ |
| ADC or other governmental child support? | | ✓ |
| Unemployment benefits? | | |
| Social Security Benefits | ✓ | |
| Other sources? | | ✓ |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

_Social security $1024 a month_

## IV. OBLIGATIONS

A. Monthly rental on house or apartment: — 0 —

B. Monthly mortgage payments on house: 260

   Amount of equity in house: 10 600.00

C. Monthly mortgage payments on other properties: $ 0

   Amount of equity in other properties: $ 0

D. Household expenses: 950.00

   Monthly grocery expense: 400.00

   Monthly utilities:

   Gas: 200

   Electric: 200

   Water: 100

   Other: (Specify) Trash 180
   Internet phone 130

E. Other debts and miscellaneous monthly expenses:

| TO WHOM OWED AND FOR WHAT REASON INCURRED? | MONTHLY PAYMENTS | BALANCE DUE |
|---|---|---|
| 160 Insurance | 160.00 | yes |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**V.** **OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

My Vechicle was put in metro tow 2-14-26

Due to this case I have no I D to get out

I understand that a false statement or answer to any question in this affidavit will subject me to

penalties of perjury.

_Mitzi Welch_
Signature of Plaintiff or Plaintiffs

# VERIFICATION

State of Missouri )
)
County of Jasper )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_Mitzi Welch_
_Mike Welch_
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this _20_ day of _April_ , 20 _26_

_Sarah Forgey_
Notary Public

_2/23/30_
My Commission Expires

SARAH FORGEY
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES FEBRUARY 23, 2030
JASPER COUNTY
COMMISSION #14416028