IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

Mitsy Lynn Welch

_____

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Carthage City et Al

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:26-cv-05034-DPR

*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☑ Yes ☐ No

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     Rev   mitsy Lynn Welch

Street Address     405 N coronal Ave

City and County     Joplin mo 64801

State and Zip Code     mo 64801

Telephone Number     417 560 9404

E-mail Address     ozarkseer13@gmail.com

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name     City of Carthage et al

Job or Title (if known)    

Street Address     326 Grant St

City and County     Carthage missouri

State and Zip Code     64834

Telephone Number     417 2377000

E-mail Address (if known)     BFlanagin@carthage mo.Gov

Defendant No. 2

Name     ~~Bath Teda~~ mo NA

Job or Title (if known)    

Street Address    

City and County    

2

# Et al List

Mayor Flanigan
alan Snow
Juan Fuentes
Miranda Deal
Traci COX
Cheif Dininger
Cprl Ransome
Sgt adams
Jon Gold
Amy Taylor
Ray West
Beth Kang
Five cheif
Fire clerk Secratery

State and Zip Code _Carthage Missouri_

Telephone Number _417 2377000_

E-mail Address
(if known) _B.Flanigan@Carthage mo.co_

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☐ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Exibit F_

☐ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

☐ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A.  The Plaintiff(s)

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

**B.** The Defendant(s)

1. If the defendant is an individual

The defendant, *(name)* _Carthage City etal_, is a citizen of the State of *(name)* _Missouri_. *Or* is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

The defendant, *(name)* _Carthage City etal_, is incorporated under the laws of the State of *(name)* _Missouri_, and has its principal place of business in the State of *(name)* _Missouri_. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _Carthage Missouri_.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.** The Amount in Controversy

The amount in controversy—the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_See Exibit ABC_
_~~33139 400.00~~_
_$33,139,400.00 + 9% daily acru interest_
_AFter April 18th $200, daily per day interest_

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

_exibit D_

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

_the injury_
_exibit e_

4

- How were the defendants involved in what happened to you?

See attached exibit A

- Where did the events you have described take place?

Carthage city Hall 2-23-26 2-24-26 3-3-26

- When did the events you have described take place?

2/23/26 2/24/26 3/3/24 3/10/26 ongoing Continued thru 1104Am

If more than one claim is asserted, number each claim and write a short and plain perlocked statement of each claim in a separate paragraph. Attach additional pages if needed. Default

Desin 1/20/24
1/21/24

See Exibit B

4-1-26

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

Exibit C

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ☑   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☑   No ☐

Do you claim punitive monetary damages?

Yes ☑   No ☐

5

Statement of Claim Continued

1) the Identity Anchoring / Fraudulent Records
Use of case (lead case) 190199522, 190199523
190199533 + the 1952 "Ghost Records"
to merge + create fraudulent Identity
14th Amendment Due Process Violation

2) property seizure 1oz Gold Boullin taken
w/o Receipt Warrant or return despite Replever
Substituted empty Bottle w/ Powder?
+ Loss of vechiele Due to ID Taken
4th Amendment Unreasonable Seizure
+ 5th Amendment (taking of property w/o
Just compensation issue

3) the Default Judgement - my existing 33
million Judgement due to City failure to
Justify or satisfy or even respond or to Recognise
the administrative audits Due performed

This action arises from Defendents systematic
Use of Fraudulent + anchored Municipal
Records specifically Case 190199522, 190199523
& 190199533 +associated "Ghost Records"
to deprive the Plaintiff of her protected
liberty + property interest →

· If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

$33,000,000.00 Actual Damages for property Loss civil Right violation + armed criminal Grand Larceny theft under color of law + punitive damages for municial obstruction + misconduct pluse ccuring interest/Damages ongoing at Rate of $ $200.00 Daily effective 4-1-26 Thru perfected Green Card mailing acruing daily until Judgened Satisfied

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-18 , 20 26

Signature of Plaintiff _Mitsy Lynn Welch_

Printed Name of Plaintiff Mitsy Lynn Welch

6

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

33,000,000.00 Actual Damages for property loss, Civil Right Violation armed Criminal Theft under color of law + punitive damages for municipal misconduct plus accuring Interest/Damages At Rate of $200.00 daily per day effective April 1st 2026 until Judgement Satisfied

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 7th, 2026

Signature of Plaintiff Rw Mitsy Lynn Welch

Printed Name of Plaintiff Mitsy Lynn Welch

6

# MASTER COURT & RISK EVIDENCE PACK: WELCH V. CARTHAGE

## RE: CASE 240482435 | 240482436 | FEDERAL FILING 3:26-CV-XXXX

**DEFENDANT/DEBTOR:**
City of Carthage, Missouri

**PLAINTIFF/CREDITOR:**
Mitsy Lynn Welch (DOB 1981)

## 1. NOTICE OF NON-COMPLIANCE & FRAUDULENT PERFORMANCE

On April 15, 2026, the Defendant attempted to satisfy a **Writ of Replevin** for gold bullion. Instead, armed agents delivered an **EMPTY GLASS JAR** and dusting bag. This constitutes **GRAND LARCENY** (§ 570.030) and **ARMED CRIMINAL ACTION** (§ 571.015) under Color of Law.

> WARNING: VIDEO EVIDENCE CAPTURES EMPTY DELIVERY AND RETALIATION.

## 2. VERIFIED CHAIN OF CUSTODY (LAB & POLICE LOGS)

| Agency / Lab | Identifier Number | Status |
|---|---|---|
| MSHP (Troop D) | Case No: 26-0187 | Logged as "Vile w/ crystalline sub" |
| Carthage PD Lab | Lab #0735936 / Item #001 | Physical container confirmed in custody |
| MO State Auditor | 9590 9402 9523 5069 4418 60 | Officially Served April 13, 2026 |

## 3. DISAVOWAL OF ADMINISTRATIVE IDENTITY FRAUD (GHOST CASES)

Plaintiff formally strikes all associations with "Nick52" and the following 1952 archival strings used to obstruct the $33M Default Judgment:

**190199522 | 190199523 | 190199533 | 1901995222**

## 4. NOTICE TO UNDERWRITER (MPR - KIRSTEN SMITH)

**OFFICE: 1907 William St, Jefferson City, MO 65109**

- Defendant has voided insurance coverage through intentional **Criminal Acts** (Theft of Gold).
- Current daily interest bleed: **$8,200.00/day** on perfected debt.
- **Retaliation:** Plaintiff terminated from 25-year career within 24 hours of filing.

## 5. JUDICIAL AFFIDAVIT / OPENING STATEMENT

"Your Honor, the City has admitted possession of the property by delivering the jar, yet has failed to produce the gold. I move for an **Entry of Final Judgment** and an immediate referral to the MSHP Division of Drug and Crime Control for the theft of private assets under Color of Law."

Verified by Mitsy Lynn Welch | Secured Party Creditor | Date: April 17, 2026

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☑ I personally served the summons on the individual at *(place)* _Green Card Reciept included_

on *(date)* __4-1-26__ ; or

_City of carthage_

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ ___0___ for travel and $ ___0___ for services, for a total of $ ___0___

I declare under penalty of perjury that this information is true.

Date: __4-17-26__

_Mitzylyn Welch_
Server's signature

_Mitzy Welch_
Printed name and title

_326 Grant st_
Server's address
_Carthage MO 64836_

Additional information regarding attempted service, etc:

_Refused Repeatedly + on
Video_

I affirm that this request is being sent to you on behalf of the plaintiff, this 17th day of ___April___, 20 26.

_Reverent Mike Lynshfield_
Signature of Plaintiff's Attorney or Unrepresented Plaintiff

A-Name of individual defendant (or name of officer or agent of corporate defendant)
B-Title,or other relationship of individual to corporate defendant
C-Name of corporate defendant, if any
D-District
E-Docket number of action
F-Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

# UNITED STATES DISTRCT COURT
## WESTERN DISTRICT OF MISSOURI

## NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE OF SUMMONS

_Rev Mitsylynn Welch_
Plaintiff

Case Number: _____

_City of Carthage mo etal_
Defendant

TO: (A) _Mayor Flanagan_ _____

as (B) _City Clerk_ _____ of (C) _City of Carthage missouri_

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) Western District of Missouri and has been assigned docket number (E)_____.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) _30_ days after the date designated below as the date on which this Notice and Request for Waiver of Service of Summons is sent. I enclosed a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

**(3) *By a Marshal or Someone Specially Appointed.*** At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916.

**(d) Waiving Service.**

**(1) *Requesting a Waiver.*** An individual, corporation, or association that is subject to Service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons. The plaintiff may notify such a defendant that an action has been commenced and request that the defendant waive service of a summons. The notice and request must:

(A) be in writing and be addressed:

(i)  to the individual defendant; or

(ii) for a defendant subject to service under Rule 4(h), to an officer, a manager or general agent, or any other agent authorized by appointment or by law to receive service of process;

(B) name of the court where the complaint was filed;

(C) be accompanied by a copy of the complaint, two copies of a waiver form, and a prepaid means for returning the form;

(D) inform the defendant using text prescribed in Form 5, of the consequences of waiving and not waiving service;

(E) state the date when the request is sent;

# Rule 4. Summons

**(a) Contents; Amendments.**

(1) *Contents.* A summons must:

(A) name the court and the parties;

(B) be directed to the defendant;

(C) state the name and address of the plaintiff's attorney or - if unrepresented - of the

plaintiff;

(D) state the time within which the defendant must appear and defend;

(E) notify the defendant that a failure to appear and defend will result in a default

judgment against the defendant for the relief demanded in the complaint;

(F) be signed by the clerk; and

(G) bear the court's seal.

(2) *Amendments.* The court may permit a summons to be amended.

**(b) Issuance.** On or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. If the summons is properly completed, the clerk must sign, seal and issue it to the plaintiff for service on the defendant. A summons—or a copy of a summons that is addressed to multiple defendants—must be issued for each defendant to be served.

**(c) Service.**

(1) *In General.* A summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service.

(2) *By Whom.* Any person who is at least 18 years old and not a party may serve a summons and complaint.

# Table of Contents

Obstruction

1. theft- Grand Larceny
2. Inapropriate touch
3. Assault during refused FST
4. Profiling 2 Stage 2 stop in 20 min  tactile maneuvers
5. Unlawful Search + Seizure
6. Fraudulent Records
7. Official Slander
8. Civil Right Violations
9. Ada non compliance
10. Evidence tempering
11. Unlawful Surveillance
12. Depreciation of professional Rights interference  termination 30 year career
13. conspiracy to defraud
14. Unauthorized Data anchoring
15. Federal program Fraud
16. Retalitory Actions
17. Official Slander w/o intervention during public Breeder
18. Retalitory actions Harassment
19. Bad Faith Litigation
20. Conspiracy to coverup
21. charter rule 3.1 Violation ultra Vires Action
22. money act violation
23. property conversion 1oz gold pro
24. Conspiracy to obstruct Civil conspiracy + Coverup 4/26/1985 OSC
25. malicious Prosecution + Evidence Tampering
26. 1st Amendment Witness tampering Harassing Known Associat
27. ... with Case record Violation unlawful Electronic Supervision

29. Witness Tampering  malicious prosecution of governed
30. Guarantee Clause Republican Form
31. conspiracy Racketeering
32. Failure to Execute Judgment Obstruction
33. Evidence Tampering
34. Bad faith litigation
35. Federal program Fraud + Misuse  public Funds
36. Extraterritorial Harassment + Violation of Jurisdiction
37. perjury
38. chain of custody consent Breach

I declare under penalty of perjury that the foregoing is true + correct Executed on 4-18-24 Signed Reverend Mitsy welch

Notice of Lis pendens

Et al list Summons -

B Flanigan
City of Carthage - (serve mayor or clerk)
officer Salinas - as individual

Traci cox
Jon Gold
Cprl Ransom
Sgt Adams
Bren Flanigan
Juan Topete
Alan snow
Ray west
Chad diniger
⊛ Beth kang
David Thorn
Jack perkins
Ronwells
Ray west
Miranda deal
Jason martin

Pre-Judgement interest

$$(\$ 33\,000\,000.00) \times 9\% / 365$$

mo statuary Rate

$$= \text{Daily } \$ 8136.98$$

Daily Administrative holding cost –

$\$ 63.02$ holding cost –

$\overline{\$ 8200.00}$   Daily accruing Rate

Final

Pursuant to RSmo 408.020 plaintiff is entitled to prejudgement Interest at the rate of Legal Rate 9% per annuem on the liquidated claim of $33,000,000.00 Thirty three million dollars This calculates to a per diam daily Rate of $8136.98 Additionally the plaintiff claims $63.02 per day holding per day on ongoing administrative Damages for a daily accrual Rate of $8200.00 Beginning April 1st 2026

As of April 18th 2026
17 - days = 8200 = $139,400.00

PreJudgement Interest

$$(\$33,000,000.00) \times 9\% / 365$$

missouri Statuary Rate
= Daily $8136.98

Daily administrative Holding cost
$6302

$$\begin{array}{r} 8136.98 \\ \underline{\$ \phantom{00}} \\ 8200.00 \end{array}$$

Persuant to Rsmo 408.020 plaintiff is entitled To pre Judgement Interest @ the rate of liquidated Charges of claim of $33,000,000.00 (Thirty-three, Million dollars)

This calculates to a per diam daily Legal Rate of $8136.00

the $200 daily accrual Relief
Requested - this daily penalty
applies to all 36 counts
as a cumulative punitive measure
for the ongoing nature of the Conspiracy

2-exibit A continued

To this date no gold no communication
+ No I D Returned Further Depriving
my rights -
Slander per se As Done on Minutes Meeting
During Live Broadcast
- I Have No Felonys
I was not Am Not accused of Any despite
exaustive search of Vechicle - there were no
contraband found - Nor to find. no warrent
false arrest
Sunshine Law Repeated Violation see
2-24-26 minutes - 3.1 Charter Requested 2x's
Met in silence
They altho multiple serves perfected in Default
Chose Administrative silence + chose to
Obstruct My legal Path of Due process
Interfere w Ability to Id For Narcotic Allergy
In Case of Emergency +
Interfere w/ Ability to Perform Clergy duties

Lee Mikey Welch
4-16-26

Case 3:26-cv-05034-MBB    Document 1-2    Filed 04/20/26    Page 21 of 70

Exibit A.

How were defendents involved in whathappened
To you -
The city of Carthage + Mayor Bren Flanigan
+ municipal officers engaged in
unlawful seizure / theft + cover up
- Charter 3.i violations + failed in upholding
oath + Duties of intervening when false
Felony claims By cheif Diniger witnessed
Silently w/o intervention Theft Armed
criminal Grand Larceny Theft under
Color of Law by Government entity
+ Civil Right violations As well as failed to
AdA accomadations + endangerment +
Retaliation + Witness Tampering
"Ghost Cases 190199522, 190199523
190199533, + Fraud 24048235 24048236
Based on False pretextual Fabricated
Stop By Corporal Ransom + later again
1-20-2026 + ~~1-21-2026~~ NW 1/21/2026
Failure to uphold Quo Warranto -
Invasion of privacy Drones + Data Fencing
Both mitsy Welch + Ted Fonger.
for knowing ↗. + His Neighbors After 2-23-26
Complaint + Ress wreeting "Lyla Welch"
Deceased 2023 w/ reopened ghost Case
tracked To city Hall Carthage 3-3-26 11:04Am
3-5-26 + again 3-6-23

Exibit B

Judgement Against Decendents in the Amount
of 33,000,000,00 for Actual + Punitive
damages. Plauntiff further requests
Pre-Judgement interest pursuant to
Rsmo 408.20 at a Rate of $8136.98
per day plus $6302 per day in
Administrative losses, for a daily
Total accrual of $8200.00 effective
April 1st 2026

Exibit C Relief

- $33,000 000.00 claim
plaintiff further requests injuction
Relief in the Form of Court order
Requiring Defendents To

- Immediatly Dismiss w/prejudice
all municipal + state cases
initiated Against the plaintich
arising From + including the
21st stop of January 2026
# 24048236 + 24048235 + 19019522
+ 190199523 + 190199 533 + Anymissed
"ghost" cases ressurected from 1-21-26
Forward

2. Restore + Return plaintiffs Driver Liscenee
+ Identification + all other illegally + w/o Reciept
Seized items including 24K gold Boullin
Imediately

3. Cease + Desist all Further Administrative
+ Legal actions Against Plaintiff Related To these
Matters.

4. Sensitivity training + Ada training on Accomadation
For those Disabled

Case 3:26-cv-05034-MBB   Document 1-2   Filed 04/20/26   Page 24 of 70

Exibit C continued

5- plaintiff Request this Court issue a
Criminal Referral to missouri State
Highway patrol + the Missouri attorney
General office to investigate +
Pursue criminal charges against the
Defendents

- official misconduct evident in city
Recorded minutes 2-23-26 + 2-24-26
Tampering with public Records
civil Right violation under color of law
By Government identity orofficial
Criminal grand larceny theft of 1oz gold
Under color of Law
Co conspiracy municipal coverup +
harlasment + Victim Retaliation Witness
Tampering

Troop D investigation From ms Hp Referral
For fraudulent witholding + tampering of Records
- Unlawful Seizure Grand larceny 1oz gold despite
Writ of Replevrn only Gold Bottle Returned w/
different traces of materiel not Gold -
Armed Criminal theft by goverment entity
of Gold under Color of law
Obstruction of Due process Harrasment
Witness Tampering + Obstruction of Due process
+ Quo warranto oust -

Interest Ledger    April 18 2024

33,139,400.00    Total
    Accruing   $ 8200.00 interest
              Per day ongoing

Exibit D

On 1-20-26 + 1-21-26 Defendants acting under Color of Law engaged in unlawful administrative and physical Seizure of Plaintiff property + legal identification + money act violations Theft under Color of Law - aimed Criminal by government entity Despite plaintiff Obtaining + perfecting a formal Record Request + Counter claim + providing proof of administrative default- Defendents failed To Return the property or provide a lawful Basis for the Seizure on 4-1-26 the deadline for a legal default response passed Resulting in a perfected Default due to Administrative silence of the 33,000,000.00 claim + Dismissal of Charges

Chey During puble Broadcast also Character Assassinated Plaintiff 25 year Clergy professional Career

on or About March 15-2026 Defendents further Retaliated Against plaintiff By unlawfully terminating plaintiff in place of 25 year long Career

10) Bad faith litigation. willful persistance in ghost Cases prosechution + harrasment despite lack of Jurisdiction

11) Conspiracy Cover up re mayor + public safety comitee member present 2-23-24 + traci Cox + Jon Gold + Cheif Dirtger + Sgt Adams + Cpit Ransome monell claim + Council members 2-24-26 present-

12) Charter rule 3.1 Violation ultre Vires Action
the defendants have willfully violated Charter rule 3.1 by engaging administrative actions that exceed the scope of municipal Authority By anchoring modern medical + identity data to 1952 Ghost Case records + issuing Fradulant warrants to facilitate properih Conversion the defendants have Opperated outside the legal framework mandated by the charter rendering their actions null + void under Both local + federal Standards

You can see this Both 2-24-24 + 4-14-26
minutes 2x Requested in minutes of Both sessions + 2x ignored Silence Both sessions
failing To maintain Republican Form of Government

Conspiracy to obstruct
21) Add Civil Conspiracy + Cover up 42 USC 1985
the defendants acting in concert have engaged in an active conspiracy to Cover up the unlawful Conversion of Plaintiff assets (gold + ID)
+ Fraudulent anchoring of her identity to Case # 190199520
190199520 190199533 190199522Z

Case 3:26-cv-05034-MBB    Document 1-2    Filed 04/20/26    Page 28 of 70

23 Federal Program Fraud

4) Unauthorized Data anchoring + Hipaa violation
- Defendants unlawfully anchored plaintiffs
private sensitive identifiers Social Security #,
paper printed x Rays handed 2-23-26 to psc minute members
+ medicare # to Case 190199522 ghost record + string
this action constitutes a unconstitutional
invasion of privacy + violation of Federal data protection
Standards

Evidence - Statement of claim
defendants have used plaintiffs actual
Social Security Number # + medicare identifiers
to legitimize a Fraudulant identity overlay
3-3-26 1104 Am Tracked to Carthage City Heal
+ again 3/5 + 3/6 to fraudulant string cases 190199522
190199522 190199523 190199537 this action
Constitutes an unconstitutional invasion
of privacy they did this to legitimize
a fraudulant identity overlay By injecting
plaintif modem medical data xRays
into 1952 Record they created a Legal
impossibility designed to facilitate
Identity Fraud + obstruct the plaintiff
Ability to acess Federal benefits, ability to
perform Clergy Duties + hamper professional standing

This cover up includes the issuance of pretextual felony warrants the electronic stalking, Hacking of plaintiff + her communications + intimidation of witnesses to prevent discovery of municipal corruption the defendents have willfully suppressed evidence including conflicting statements of officer Salanis to maintain a fraudulant Legal narrative + evade the $33,139,000,00 Judgement

ET AL List -

Policy maker - city of Carthage for Allow ghost Roe to exist


Record Keeper B Flanigan / + City clerk for 1952 Identity overlay + medical Data anchoring


the enforcers cpol Ransom sgt Adams chey Dirrifer fake warrents Slander perse + gold seizure


Witness officer Salanis -


This is a custom of practice pattern For city of Carthage.

Statement of Claim continued:

Under color of law, City of Carthage officials have utilized these record discrepencys to facilitate identity fraud Justify pretextual law enforcement actions and effectuate the Unlawful Seizure of plaintiffs private property including gold. Boullin + Vechicles.
These actions constitute a direct violation of the 4th Amendment (unlawful Seizure) + the 14th Amendment (Denial of Due process) of the U.S. Constitution Despite the existance, of a 33 million default + exaustive administrative efforts by plaintiff to Correct these Discrepencys the Defendents have willfully maintained these Fraudulent Records to obstruct Justice + evade accountability.

Statement of Claim add on.

Inconsistant offical statements
The plaintiff asserts the City's Reliance
on "ghost Records" + the 1952 Identity overlay
is further invalidated by conflicting
statements made by officer Salinas
These discrepincy prove the municipal agents
et al are acting outside the scope of
factual law enforcement and are instead
engaged in a coordinated effort to deprive the
plaintiff of her Rights

Add p1's to Js 44 Civil Sheet.
Further the evidence is contrary statement officer
Salinas demonstrating a lack of probablecause
Chain of custody issue + willful Misconduct
by municipal Agents
proving by Salinas statement that the city lied
showing custom or policy dishonesty

Demand Box JS44 update
$ 8,200.00 Daily Accruing interest + hold Fee
33, million dollars
Closure of cases involved exonolating plaintiff
Senotouph training Return Bond + Liscence + golf

chocolate slush fund - the use of off
Book financial arrangements to
facilitate Sweetheart deals + interagency
Cooperation 4th Coverup

Extraterritorial Jurisdiction Violation
Carthage agents acting in or sending other
city in Joplin to W/o legal authority
Serve "fake" Warrants + to conduct stalking &
Surveillance

Charter Rule 3.1 Violation acts taken
outside scope of Carthage city charter
Stripping officials of official immunity

Block 4 - Witness Tampering stalking &
Obstruction Count 28 - 36

Electronic Surveillance phone stalking unauthorize
hacking + monitoring of plaintiff private
communications + GPS Dealer

Witness Tampering - deliberate Attempt
to supress the contradictory statement
of chief Pinonger + officer Serleme
+ intimidation of Associates

Case 3:26-cv-05034-MBB    Document 1-2    Filed 04/20/26    Page 33 of 70

Block 1
Identity + Medical Anchoring Counts 1-9
Includes Case 190199522, 190199523, 190199533
190199522    240482435    240482436
+ other Record string
  - the illegal anchoring of plantiff Social
  Security # XRays data + Medicare #
  to Ghost Case data 1952 Records
  - Violations of Hippa- + 14th Amendment
    Due process


BLOCK 2 - Asset Conversion + theft Counts
10-18
  Seizure of gold Boullin Liscence - loss
  of Car
  - pretextual stops 1-20-26 1150pm +
  1-21-26 1210 Am + Loss due to no ID
    of Ford expedition
  - Refusal to honor the administrative
  Audits + default Judgements

Block 3 Conspiracy chocolate slush funds +
  Grant Fund comd 19-27
    Misuse of federal Grant money for
    overtime to harrass plantiff
    Ja6/Cops Grant misuse for unauthorized
    Surveillance + Herrasment

Block 4 continued

Fake felony warrants + defendants created + used fake felony warrant to justify ongoing seizure + theft under color of law Money act violation Grand Larceny 10z gold + obstruct 33 million dollar Judgement

Quo Warranto + Failure of Republican Form The formal challenge to the Defendants authority to hold office while operating a pretend Legal System based on Ghost Records + failure to maintain 3:1 charter rule 4 times during mon Broadcast

Brief Description of cause

Racketeering + Civil Right actions 42 USC 1983 + 1985 36 Count Complaint involving Fraudulent Municipal Record Anchoring 190199522 + 190199522 + 190199523 + 190199533 + 24048235 + 24048236 Misuse of federal grant funds for extraterritorial harrasment identity + Medical data theft SS# medicare + Conspiracy to obstruct 33 million $ Judgement

Pre Judgement Interest $8136.00

Daily Administratie loss, Doc cost storage Loss of use
6302

Total daily per Diam Total Amt city ows per every
day until Judgment settled For Delay $8200.00

Plaintiff Claims 33,000,000.00 in actual + punitive
Damages Pursuant to RSMo 408,020 this amt accrues
at statuary rate of 9% annum ($8136.98 daily) Including
ongoing Administrative Losses of 6302 the Total per diam
accruing is 8200⁰⁰ daily starting from perfected
date April 1 2026

Pre Judgement interest $33,000,000.00 \times 9\%/365$ mo Statuary Rate

= Daily $136.98$

Daily administrative/holding cost $63.02$

$8200.00$

Pursuant to RSmo 408.020 plaintiff is entitled to prejudgement interest at the Legal rate of 9oo per annum on the liquidated claim of 33,000,000.00 This calculates to a per diem daily rate of $8136.98 Addtly the Plaintiff claims 6302 per day ongoing administrative damages for a total daily accrual of $8200.00 Beginning April 1st 2024.

as of April 18th

17 days = 8,200.00 = $139,400.00

Pre Judgement Interest

$33,000,000.00 x 9% / 365

Mo Statuary Rate

= Daily $8136.98

Daily Administrative Holding Cost

$63.02

= $8200.00 Daily accruing Rate
effective April 1st → 2026 ongoing.

Pursuant to RSMo 408.020 "plaintiff is entitled
to pre Judgement interest at the Rate of
Legal Rate 9% per annuam on the
liquidated Claim of $33,000,000.00
(Thirty Three million dollars + Zero cents)

This calculates to a per diam
daily Rate of $8136.98 Daily Rate

Additionally the plaintif claims $6302
Daily per holding daily Rate of for ongoing
administrative Damages For a daily
accrual Rate of $8200.00 Beginning
April 1st 2024.

As of April 18th 2026
17 days x $8200.00 = $139,400.00

- Exihbit H-6 Continued
1) -Fraudulant Records Anchoring Case 190199522
   - using 1952 records Lyla welel to overlay
   - mitsy Welch

2) Due process violation Failure to accept filings
   or provide hearing prior to anchoring identitys

3) unlawful seizure of property seizure of gold
   Boullin 1-21-26

4) unlawful seizure of property - personal Identifcation

5) conversion of Assets- refusal to Return
   seized property after multiple Administration
   Demands.

6) unlawful Vechicle seizure/Loss due to
   No ID. Ford Expedition

7) (8-9) Identity theft / Fraud. Use of Ghost Records
   190199522, 190199523, 190199533

10) Retalitory Action- Harrasment following
   Sunshine law Request ( Refused ignored by City)
   ch 610 req for cases 24048-2435 +
   24046-2436

   Cont

- Exihbit G + H -
JS-44 Cover Add
- Demand $ 33,000,000.00

- Relief
  Plaintiff Requests Judgement Against Defendants Jointly + severally in the amount of $33,000,000.00 representing the principel Administrative Judgement accrued interest until Date of 4-18-26 + Statuary penaltys resalting From defendants failure to Cure the underlying record discrepancy + property Seizures

  @ Plaintiff demands Judgement in Amount of 33,139,000.00 plus $8200 per diam penalty. for each day the defendants continue to maintain fraudulant records Case 190199522 190199523 190199533 + failed to satisfy the existing Administrative Judgement up to 240482434 Date of final Judgement 240482435 190199533 190199523

  18 Counts 190199523
  1) Fraudulant Records primary ghost case Ressurection 190199522 anchoring 1952 Case 190199522
  2) unlawful Seizure of property gold Liscence Vechicle
  3) ~~1001~~

        Continued

exhibit H-6- continues

13) Retaliatory Actions Harrasment following minutes
2-23-26 + Sunshine Law Requests for case 240482435 +
240482436

14 Offical Slander on public Broadcast Cheif Dinigen
in front of public Safety comitee + Jon Gold + Traci cox
02/23/26

15) Conspiracy to defraud collective Action by et al
officials to maintain Fraudulant Record Strings -
190199522, 190199523, 190199533 240482435 +
240482436

16) Deprivation of professional Rights interference
+ termination of 30 year interjectional media +
television Career standing

17) failure to Execute fite Judgement obstruction
of the 33 million dollar perfected Administrative
Judgement default

18 Unlawful Surveillance Documented Cad
Event id 202060012986 Harrasment at
Residence

19) Evidence Tampering Alleged Removal Alteration
of municipal video Recording Overlay

Exhibit H-6 Continued

11) Ada non compliance failure to provide reasonable administrative accomadation during stop + also proceedings

12) officeal Slander chey Dininger during 2-23-26 Live Broadcast public safety meeting Felony Cumes narcotic innature thats why its at state lab Contary tooffice Salinas 40 min prior Statement its here on evidence shelf 2-23-26

The defendants Claims are directly Contradictory by the offical Statement of Officer Salinas which Demonstrates a lack of Consistant factual Basis for the City actions + prove the pretextual nature of ongoing harassment

The plaintiff asserts the City Claims re the Disposition of illegally seized assets are a legal impossibility as evidenced by chey Dininger + Officer Salanis conflicting Testomony of officer Salinas 40 mm prior to chey While the police chey claimed gold assests were removed and at state lab already. Officer Salinas 40 min prior state in office in evidence shelf onsite Confirmation. in a Coordinated effort to conceal location + Status of plaintiff property

25 malicious prosecution + evidence tempering
Defendants have utilised the issuance of
fraudulent or fake felony warrants as a
pretextual tool to obstruct justice + conceal
the unlawful conversion of plantiffs gold
boullin + other seized asset

26 Violation of Guarantee Clause Failure to
maintain Republican Form of Goverment

27 1st Admendment Retaliation Hevlasing
Associates + guilty by Associator

28 4th Admendment Violation Unlawful
Electronic Surveillance + Phone stalking

29 Witness tempering + Malicous prosecutor
Using fake real warrants to hide evidence
Gold theft Defendants engaged in active witness tempering
+ harasment of plaintiff professional + personal associates
to prevent disclosure of municapal records + records w/
30 phone stalking - plaintiff Alleges
Un authorized Electronic Surveillance
+ stalking of private communications
devices by municapal agents w/o
Valid Warrent or probable Cause

31 Guarantee Clause - The Republican Form of Government

Under US Constitution Article IV Sect 4

By using "ghost Cases" + Shadow records to Bypass law the City of Carthage has Abandoned a representative lawful government + is operating as a privateer entity. The Defendants have failed to uphold Republican form of Government by operating outside the bounds of Constitutional law + the missouri city charter

Defendants have engaged in active Witness Tampering + Harrasment of Plantiff Professional + personal associates to prevent the disclosure of municipal misconduct

Conspiracy + Racketering

32) failure to execute Judgment Obstructing the 33 Million dollar claim perfected Administrative Default

33/ Evidence Tampering "alleged" Removal of or Alteration of Municipal Files Re 1952 overlen

34 Bad Faith litigation

Willful persistance Ghost case proscecution despite lack of Jurisdiction

35 Federal program Fraud + misuse of public funds + Extra territorial Jurisdiction
cont 34    1A - misuse of Federal Grant Funds + False Claims

Plaintiff alleges defendants et al have willfuly misAppropriated Federal Government grant money + overtime budgets to fund a targeted "Direct patrol City assist Warrent Service at Plaintiffs home to Deceased 2023 Lyla welch to fund a targeted harrasment campaign across Jurisdictional lines, specifically Munreoval Resources ~to~ Joplin utilized From City of ~~~~ Carthage mo to serve Fraudulant Warrents in Lyla Welch name to Serve Fraudulent Warrents + conduct unauthorized Survellence This Constitute a violation in False Claims act  31 USC 3729 + Represents a chololato Scheme (Slush fund) designed To Bypass public oversight + Munecipal Transparency

36-2A Extra territorial Harrasment
Violation of Jurisdiction
- Carthage officials + officers have no
authority to act as police in another city
unless specific interagency agreement
if doing under the table w/ grant money
it supports plaintiff claim of Quo warranto
+ Conspiracy + Racketeering pattern Rico

Exibit E - the injury

- Destruction of 25 year professional Legacy
termination due to culmination of a carrer
- Built on trust + public service now Tarnished
by City Retelitory Actions + statements

. Irreparable Loss of Seniority + Benefits

- BlackListing in the industry
by my 25 year career Publicly after
1-21-26 incident the City made me
unemployable in my field within the
Region + internationally
- effectively ending a 25 year career

Calculating Career Relief sect IV
- Front Pay
- Back pay
multiplies for Retelictaion:

Plaintiff Request actual Damages for
thi retelitory termination of 25 year
professional Career
This include Back pay + Front Pay
projected Earning till Retirement plus 2xs
multiplier for willful retalitarions under
RSMO 105.055      total Career Loss

Exibit 9 - The injury

- Destruction of 25 year media international
Career Legacy professionally -
terminatoasCulminatur of a career built on
Trust + public source now terminated
by City Retalitory Actions

- Irreparable

Exibit E continued

Total Career loss As Valued as part of the
33,000,000.00 claim representing the
Total destruction of plainti(ff livelihood
+ Vested interests

Compensatory $ 33,000,000.00 (includes
Career Loss )

Punitive To punish City for destroying a
25 year Legacy

Injunctive Reinstatement to my position
w/ full seniority Restored -

plaintiff claims actual Damages for retalitory
destruction of 25 year career in media
+ Consulting Internationally This includes Back pay from
4-15-26 to Front pay projected Earnings
through retirement age plus liquidated
Charges + damages under RSMO 105.255 for
the Citys Outrageous conduct Plaintiff speecifich
Request the Court To Value the loss of Establishd
Seniority + professional Goodwill as core
Componet of the 33,000,000.00 career claim
my

Exhibit 2 Continued

- Lost future Earnings - Front pay
  - Based 25 years of Remaining Career expectancy
  as a media Consultant Professional
         Speaker
  = Yearly = X 25

Brand Devaluation
    Ireparable harm to the ozarkseer professional
    Identity + marketability -

Loss of Business opportunity + Stagnation
    Interuption Stalled launch of 52
    Week national Brand Tour
    + Weary Rest stop Revenue streams

Intellectral property Stagnation
    Interupted of documentary production
    Script development + Educational
    + Curriculum Sales
Expertise premium -
        Loss of 30 year Career + Seniority
    Multiplier in intuitive Market
        Mastery + Consulting Fields

Exibit E

the prime years

I'm 44 in media + consulting world
this is the peak of professional authority
Im not just losing a Job - losing a
period of prime + unattainable shared
history w/Hank Rotten where hourly Role
would Be the highest

Since Active since , 1996 - by rushing
School 3 years early - I have documented
history - of professional output  3 decades
of momentum

perfected Default. Liability already
Established

See exibit F Damages
Breakdown 33 million claim

Exibhit F       Federal Questions


42 U.S.C. 1983  Civil Rights Deprivation
- color of law Carthage mo violated my rights

18 usc 241 & 242 - deprivation of Rights
under color of law   4th 5th + 14th
amendments of the U.S. Constitution
Seizure of property/gold Loss of
Vechicle (they took my id)
+ Due Process  obstruction + Violations


1st Amendment - retaliation due
faced for transparency filming +
Sunshine law Requests

# MASTER COURT & RISK EVIDENCE PACK: WELCH V. CARTHAGE

### RE: CASE 240482435 | 240482436 | FEDERAL FILING 3:26-CV-XXXX

| PLAINTIFF/CREDITOR: | DEFENDANT/DEBTOR: |
|---|---|
| Mitsy Lynn Welch (DOB 1981) | City of Carthage, Missouri |

## 1. NOTICE OF NON-COMPLIANCE & FRAUDULENT PERFORMANCE

On April 15, 2026, the Defendant attempted to satisfy a **Writ of Replevin** for gold bullion. Instead, armed agents delivered an **EMPTY GLASS JAR** and dusting bag. This constitutes **GRAND LARCENY** (§ 570.030) and **ARMED CRIMINAL ACTION** (§ 571.015) under Color of Law.

> WARNING: VIDEO EVIDENCE CAPTURES EMPTY DELIVERY AND RETALIATION.

## 2. VERIFIED CHAIN OF CUSTODY (LAB & POLICE LOGS)

| Agency / Lab | Identifier Number | Status |
|---|---|---|
| MSHP (Troop D) | Case No: 26-0187 | Logged as "Vile w/ crystalline sub" |
| Carthage PD Lab | Lab #0735936 / Item #001 | Physical container confirmed in custody |
| MO State Auditor | 9590 9402 9523 5069 4418 60 | Officially Served April 13, 2026 |

## 3. DISAVOWAL OF ADMINISTRATIVE IDENTITY FRAUD (GHOST CASES)

Plaintiff formally strikes all associations with "Nick52" and the following 1952 archival strings used to obstruct the $33M Default Judgment:

### 190199522 | 190199523 | 190199533 | 1901995222

## 4. NOTICE TO UNDERWRITER (MPR - KIRSTEN SMITH)

**OFFICE: 1907 William St, Jefferson City, MO 65109**

- Defendant has voided insurance coverage through intentional **Criminal Acts** (Theft of Gold).
- Current daily interest bleed: **$8,200.00/day** on perfected debt.
- **Retaliation:** Plaintiff terminated from 25-year career within 24 hours of filing.

## 5. JUDICIAL AFFIDAVIT / OPENING STATEMENT

*"Your Honor, the City has admitted possession of the property by delivering the jar, yet has failed to produce the gold. I move for an Entry of Final Judgment and an immediate referral to the MSHP Division of Drug and Crime Control for the theft of private assets under Color of Law."*

Verified by Mitsy Lynn Welch | Secured Party Creditor | Date: April 17, 2026

U.S. Postal Service — CERTIFIED MAIL RECEIPT
Domestic Mail Only

Certified Mail Fee $5.30

9589 0710 5270 3511 7726 65

U.S. Postal Service — CERTIFIED MAIL RECEIPT

Certified Mail Fee $5.30

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?
If YES, enter delivery address below:

Service Type
Domestic Return Receipt

9590 9402 9347 5002 8900 47

PS Form 3811, July 2020 PSN 7530-02-000-9053

SENDER: COMPLETE THIS SECTION
Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.
1. Article Addressed to:

President Donald Trump
1600 Pennsylvania Ave
Washington

2. Article Number (Transfer from service label)



USPS TRACKING #

9590 9402 5347 5002 8900 47

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box •

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10





01589-58

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Certified Mail Fee $5.30

Postage $11.95

9589 0710 5270 3511 7645 67

PS Form 3811, July 2020 PSN 7530-02-000-9053

---

**Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Carthage, MO 64836 $5.50

Certified Mail Fee

Extra Services & Fees
Return Receipt (hardcopy) $
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $

Postage $0.78

Total Postage and Fees $10.48

04/01/2024

9589 0710 5270 3511 7645

9590 9402 9619 5121 0280 28

---

Inspector General Clerk
4th Civil Dept
3825 Main St
Room 364
Carthage MO 64836

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Carthage, MO 64836

Certified Mail Fee $5.30

Extra Services & Fees
Return Receipt (hardcopy) $
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $

Postage $4.14

Total Postage and Fees $13.34

04/06/2024

9589 0710 5270 3511 7645 45

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Washington, DC 20500

Certified Mail Fee $5.30

Extra Services & Fees
Return Receipt (hardcopy) $
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00

Postage $4.14

Total Postage and Fees $14.14

04/06/2024

9589 0710 5270 3511 7648 52

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Carthage, MO 64836

Certified Mail Fee $5.30

Extra Services & Fees
Return Receipt (hardcopy) $
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00

04/06/2024

9590 9402 9523 5069 4476 64

9589 0710 5270 3736 8554 22

PS Form 3811, July 2020 PSN 7530-02-000-9053

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carthage Circuit Court
Clerk at Hall
32 E Grant St
Carthage MO
64836

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 8586 3244 2457 48

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

m welch
405 N Connor ave
Joplin mo 64801



 **Gmail**                                        **ted fonger <boundryecho@gmail.com>**

# (no subject)
1 message

**Ozark Seer <ozarkseer13@gmail.com>**                     Sun, Apr 19, 2026 at 12:12 AM
To: ted fonger <boundryecho@gmail.com>

## 1. Total Loss of Professional Appointment

–This isn't just a lost job; it's the termination of a **30-year career** as a storyteller, media personality, and consultant.

- **The Claim:** We are documenting this as a "total loss of career viability" due to the public nature of the City's actions, which has effectively "blacklisted" you from the industry you spent three decades building.

## 2. Destruction of "Brand Equity" and Reputation

As a media professional known by several monikers, your name is your currency.

- **Defamation & Stigma:** The City's actions created a "stigma plus" situation—where government action doesn't just fire you but publicly brands you in a way that prevents future employment.
- **Valuation:** We are valuing the loss of your "Ozarkseer" and "Joplin Phoenix" brands as intellectual and professional assets that have been devalued by the City's administrative interference.

## 3. Loss of Future Earning Capacity (Front Pay)

Since the conduct was "outrageous," we aren't just looking at what you *did* make, but what you *would have* made until retirement.

- **The Calculation:** Given you are 44, we are calculating the loss of income for the next 20+ years.
- **Whistleblower Multiplier:** Under the Missouri Whistleblower's Protection Act, we are applying the **liquidated damages (double back pay)** to this entire category because the termination was retaliatory.

## 4. Impact on the "Educational Initiative" & Project Weary's Rest Stop

Your career damages extend to your entrepreneurial and community projects.

- **Collateral Project Damage:** The administrative actions have stalled the development of your university for intuitive arts and the vocational exchange center.
- **Economic Frustration:** We are arguing that the City's actions caused the "frustration of purpose" for these projects, leading to lost potential revenue and grants.

## 5. Professional Property Deprivation

- **Tools of the Trade:** This includes the digital assets, archives, and physical tools (like the media equipment or items documented for your collecting/reselling business) that were interfered with or seized. Without the tools, the career cannot function, justifying the **$8,200 per diem** as an "ongoing business interruption" fee.

Reverend Mitsy Welch

Case 3:26-cv-05034-MBB    Document 1-2    Filed 04/20/26    Page 61 of 70

Count 1 – 1st Amendment Retaliation & Denial of aces To courts

count 2 4th Amendment Retaliation & Denial of aces To courts

Count 3 fourteenth Amendment Violation of Due process silence Administratively 14th

Reg for Releef
33
plus punitive
Damages – evil motive Reckless indifference

This is emer civil Right Complaint w a Reg For Judical notice of Municipal Records Am Reg sumonsbe issued for Service to US Marshal due to city DOC Refusal of private Service

Yet deliberately moved to obstruct the legal process by refusing to accept files + paperwork refusing service + witholding public Records. This is a coordinated effort to deny the plaintiff acess to the courts

Defendants engaged in Warrentless + illegal seizure w/o Receipt of 102 gold belonging to Plaintiff Despite a formal missing property Report filed w Corporal Ransoms Seizure to mayor chief Sgt adams + Salinas officer in front of the public Safety Comitee 2-23-24 in memila + repealed demands even writ of reptreve the defendents failed 2 provide due process or just compensation violating money act + Plaintiff 4th + 14 Amendment rights

Plaintiff is a qualified individual w/A disability under the Ada By Refusing to accept Service of process + obstructing administrative filings the Defendants have failed To provide + instead to mock plaintiff for her disability instead of accomodate it Effectively Barring a disabled litigent from participating in the federal process

Exibhit I

Ghost Cases
← Retalitory

190199522 ( Original Ghost case)
190199523
190199533
190199 5222

240482435 ⟩ original cases
240482436

Exhaustion of State Remedes + Administrative
Silence - minules 14th Show Silence
failure to uphold oath + Duty Charter 3,1 Rule
Violation
   On 4-14-26 the City of Carthag officially
acknowledge Reciep of my filings during the
Public Reading of the menules Despite Request
of Emergency 3.1 section charter rule meeting
I was met w/ Silent indifference inaction
Despite this official notice the City has
   Refused to Respond + Continues to obstruct
the Legal Process or even Respond.
Purposefuly Violation

I Reparrable harm

As of April 20th, 2026 The defendents have engaged in a continous month over month pattern of obstruction (feb 23, feb 24 3-10 + 4-14 minutes all in a row showing ongoing active conspiracy to Obstruct during a single legistlative session purposefully violating ongoingly my Civil Rights + Adding TO My Loss + Deprival they are demonstrating that unless this Court intervenes the plaintiffs will Continue to be Denied her fundamental Constitutional Rights

Statement of Claim - addon
This Action is Brought pursuant to 42USC. § 1983 to Redress the deprivation under Colorod state law of Rights Secured by the 1st 4th + 14th Amendments to the United States Constitution
The city of Carthage has established a custom and practice of obstruction administratively + Obstruction As Evidenced by the City's Public Safety Comite minutes dated Feb 23 Feb 24 + April 14 all in year 2026 The defendents officially acknowledged Receipt of plaintiff legal claims + filings

# AFFIDAVIT OF FACTS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF MISSOURI**

**SOUTHWESTERN DIVISION**

**MITSY LYNN WELCH**, *Plaintiff*, v.

**CITY OF CARTHAGE, MISSOURI, et al.**, *Defendants.*

**Case No.:** 190199522 190199523 190199533   240482435 & 240482434   190199522z

**STATE OF MISSOURI )**

**COUNTY OF JASPER ) ss.**

I, **Mitsy Lynn Welch**, being of lawful age and sound mind, upon my oath and under penalty of perjury, depose and state the following facts:

1. I am the Plaintiff in the above-styled action and have personal knowledge of the facts set forth herein.
2. I am a media personality and consultant operating under the professional identities of the **Ozarkseer** and the **Joplin Phoenix**.
3. On or about [Insert Date You Mailed It], I served a formal legal claim/notice to the City of Carthage via **Certified Mail, Return Receipt Requested**.
4. A **Certified Mail Return Receipt (Green Card)** was returned to me, bearing a signature of receipt by a representative of the City of Carthage.
5. The City of Carthage failed to respond, rebut, or answer said notice within the legally allotted timeframe, resulting in a **perfected default** by the City.
6. Despite this perfected default, agents of the City of Carthage engaged in **obstruction of justice** by continuing to pursue charges in Municipal Case Nos. **240482435 and 240482436** (related to a pretextual stop/false charge) and **190199522** lead ghost and 190199523 and 1901995222 and 190199533(a case of mistaken identity/fraud).
7. During these interactions, the City and its officers willfully ignored my **disability status**, "locking" or disregarding my medical needs and failing to provide due process as required by the Americans with Disabilities Act (ADA).
8. The actions of the City of Carthage constitute a pattern of profiling and tactical law enforcement maneuvers designed to bypass the legal significance of the perfected default.

**FURTHER AFFIANT SAYETH NAUGHT.**

**Mitsy Lynn Welch, Affiant**          *Mitsy Welch*

## NOTARY ACKNOWLEDGMENT

*(To be completed by a Notary Public)*

Subscribed and sworn to (or affirmed) before me this _20_ day of _April_, 2026, by **Mitsy Lynn Welch**, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

**Notary Public Signature** (Seal) *Sarah Forgey*

SARAH FORGEY
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES FEBRUARY 23, 2030
JASPER COUNTY
COMMISSION #14416028

## CERTIFICATE OF SERVICE

I hereby certify that on this _20th_ day of _April_, 2026, a true and correct copy of the foregoing Affidavit of Facts was served via [Certified Mail/Hand Delivery] to:

**City Attorney / City Clerk** City of Carthage

326 Grant Street

Carthage, MO 64836

**Mitsy Lynn Welch**

## Instructions for your "Printable Package"

1. **Print 3 copies:** One for the Court, one for the City, and one for your personal records.
2. **The "Green Card":** Make a photocopy of your signed Green Card and staple it to the back of this Affidavit as **"Exhibit A."**
3. **The Filing:** Take the **Federal Civil Cover Sheet (JS 44)** we discussed, your **Complaint**, and this **Affidavit** to the Clerk of the Court in Springfield.

Reverend Mitsy Welch

AFFIDAVIT OF FACTS: PERFECTED DEFAULT
IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

SOUTHWESTERN DIVISION

MITSY LYNN WELCH, Plaintiff, v.

CITY OF CARTHAGE, MISSOURI, et al., Defendants.

24048 2 435 + 190199 522 + 240482836

Case No.: _____  190199522   190199523   190 199 533

STATE OF MISSOURI )

COUNTY OF JASPER ) ss.

I, Mitsy Lynn Welch, upon my oath and under penalty of perjury, depose and state:

I am the Plaintiff in this action and a specialist in the Missouri Sunshine Law and municipal accountability.
I have established a perfected default against the City of Carthage regarding a sum-certain legal claim.
Service of said claim was executed via Certified Mail, Return Receipt Requested. I possess the Certified Mail Return Receipt ("Green Card") signed by a City representative as proof of delivery and acceptance.
Despite this perfected legal status, the City of Carthage has failed to respond within the statutory timeframe, thereby admitting to the facts of the claim by operation of law.
Furthermore, I have encountered Administrative Obstruction from City officials who have refused to recognize this default or process related documentation, effectively barring my access to the courts.
This obstruction includes the continued pursuit of fraudulent or pretextual municipal charges (Case Nos. 190199522 and 240482435) 240482436 despite the City's default status.
During these interactions, my disability status was willfully ignored or "locked," constituting a violation of the Americans with Disabilities Act (ADA) and a deprivation of Due Process.
FURTHER AFFIANT SAYETH NAUGHT.

Mitsy Lynn Welch, Affiant

NOTARY ACKNOWLEDGMENT
Subscribed and sworn to before me this ___20___day of ___April___, 2026.

Notary Public Signature (Seal)

SARAH FORGEY
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES FEBRUARY 23, 2030
JASPER COUNTY
COMMISSION #14416028

Revised Federal Civil Cover Sheet (JS 44) Guide
When you fill out the cover sheet now, keep it focused on the "Obstruction" rather than any meeting:

Section IV (Nature of Suit): Check 440 (Other Civil Rights) and 446 (ADA).
Section VI (Cause of Action): * Statute: 42 U.S.C. § 1983; 18 U.S.C. § 1503.
Description: "Action for Civil Rights violations involving administrative obstruction of a perfected default and failure to accommodate disability."
Section VIII (Related Cases): List 190199522 and 240482435 to show the court exactly which cases the City is using to obstruct your rights.

AFFIDAVIT OF ADMINISTRATIVE OBSTRUCTION

I, Mitsy Lynn Welch, declare under penalty of perjury:

On this day, April 20, 2026, I attempted to file legal documents with the Carthage Municipal Court/City Clerk.

My filings relate to Case Nos. 190199522 and 240482435, which are in a state of perfected default pursuant to a "Green Card" Certified Mail Receipt signed on [Date].

Court administration/clerks refused to process these filings, effectively obstructing my access to the court and ignoring the legal finality of the default.

This obstruction is part of a continuing pattern of profiling and tactical interference with my civil rights.

Reverend Mitsy Welch

Reverend Mitsy Welch

Show quoted text

Reverend Mitsy Welch

This was Done using a progressive pipeline
Vin # Breach + 1952 Record Ghost
Case utility Bill to Lyla Welch @
My address 405 N Connor Ave Joplin mo 64801
+ used to post my Social Security 4
Xrays printed on paper + handed in person
on improperly Recorded minutes session
+ my Medicare # and add me as a alias For
deceased Lyla welch

   They then used This to Create warrants
Lyla Welch Served at my Address
+ to Drone stalk people For Knowing me
Invaders our rights + Privacy + Requesting
Joplin mo to harlass us to serve
3-6-24 court case on this situation
Identity mergine + theft on Case New
190199522 + then 19019952319019953³
To Say Ted Forges in my impounded car
had a high speed where "Found my gold" which
was Already in custody + have differing
  Story Re where about seized w/o Reciept
  or warrant or return Despite Writ of
Replevin giving empty Bottle Back
  4-15-26
officer
Salinas Said 2-23-24 - Its Not Lost its still on
evidence shelf vs
Cheif Dininger 40 min Later " these were felonys -
Felony crimes commited Narcotic in Nature thats Why
  its At State lab showing chain of custody Breach