# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

Rev mitsy Lynn Welch )
**Plaintiff** )
)
vs. ) Case No.
)
City of Carthage Mo etal )
**Defendant**

## APPLICATION FOR APPOINTMENT OF COUNSEL

I am without means to employ counsel.

I have contacted the following attorneys (at least three)

1. Ben Crump
2. Stiller Law
3. Glades

but have been unable to obtain their services.

My "Affidavit of Financial Status" is attached, or was previously filed.

Rev Mitsy Lynn Welch
**Plaintiff**