I'd like to request due to disability & there cost of loss of Veehicle rID Theft a video court case if ones needed Thank you

Rev

Mitzy Mehl