

**UNITED STATES DISTRICT COURTWESTERN DISTRICT OF MISSOURI (JOPLIN DIVISION) REVEREND MITSY LYNN WELCH, Plaintiff,v.CITY OF CARTHAGE, MISSOURI, CARTHAGE POLICE DEPARTMENT, CORPORAL JASON J. RANSOME, Defendants.Case No: 3:26-cv-05034-DPR COMBINED APPLICATION FOR CLERK'S ENTRY OF DEFAULT AND AFFIDAVIT OF LIQUIDATED DAMAGESPlaintiff, Reverend Mitsy Lynn Welch, appearing pro se, hereby applies to the Clerk of the Court for an Entry of Default pursuant to Federal Rule of Civil Procedure 55(a) and submits this Affidavit of Damages to establish the sum certain owed by the Defendants.I. STATUS OF DEFAULT Defendants were duly and timely served with the Summons and Complaint.The 21-day period for a responsive pleading under Fed. R. Civ. P. 12 has expired as of midnight on this date.As of April 22, 2026, at 12:01 AM, the Defendants have failed to file an Answer, Motion to Dismiss, or any other responsive pleading or en**

1 message

---

**Ozark Seer** <ozarkseer13@gmail.com>  Tue, Apr 21, 2026 at 11:44 PM
To: Ozark Seer <ozarkseer13@gmail.com>

Reverend Mitsy Welch