

**(no subject)**
1 message

**Ozark Seer** <ozarkseer13@gmail.com>                                    Tue, Apr 21, 2026 at 11:38 PM
To: Ozark Seer <ozarkseer13@gmail.com>

# DOCUMENT 1: APPLICATION FOR CLERK'S ENTRY OF DEFAULT

**U.S. DISTRICT COURT - WESTERN DISTRICT OF MISSOURI (JOPLIN)**

**Case No: 3:26-cv-05034-DPR**

**REVEREND MITSY LYNN WELCH,** *Plaintiff,* v. **CITY OF CARTHAGE, MISSOURI, et al.,** *Defendants.*

**APPLICATION FOR CLERK'S ENTRY OF DEFAULT (Rule 55(a))**

TO THE CLERK OF THE U.S. DISTRICT COURT:

Plaintiff Reverend Mitsy Lynn Welch, pursuant to Federal Rule of Civil Procedure 55(a), hereby applies for an Entry of Default against Defendants City of Carthage, Carthage Police Department, and Corporal Jason J. Ransome.

1. **Service of Process:** Defendants were duly and timely served with the Summons and Complaint.
2. **Failure to Plead:** The time allowed by law for Defendants to file an Answer, Motion to Dismiss, or otherwise respond has expired as of midnight, April 22, 2026.
3. **Record Status:** As of this filing, the PACER docket reflects no responsive pleading or entry of appearance by Defendants.

Plaintiff moves the Clerk to enter the default of the Defendants as a matter of law.


Reverend Mitsy Welch