

# (no subject)

1 message

**Ozark Seer** <ozarkseer13@gmail.com>                                            Tue, Apr 21, 2026 at 4:11 PM
To: ozarkseer13@gmail.com

[Quoted text hidden]