**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

MITSY LYNN WELCH,

Plaintiff,

v.

CITY OF CARTHAGE, MISSOURI, et al.,

Defendants.

}

Case No. 3:26-cv-05034-DPR

**NOTICE OF PRO SE APPEARANCE
AND MOTION TO WITHDRAW
REQUEST FOR APPOINTED
COUNSEL**

## NOTICE OF PRO SE APPEARANCE

Plaintiff Mitsy Lynn Welch hereby notifies the Court and all parties of her appearance in this matter *pro se* (representing herself). Plaintiff requests that all future notices, orders, and correspondence related to this case be sent to the address provided below.

## MOTION TO WITHDRAW MOTION TO APPOINT COUNSEL

Plaintiff further moves the Court to withdraw her previously filed Motion to Appoint Counsel (filed on or about April 21, 2026). Plaintiff has determined that she wishes to proceed as her own counsel at this time and requests that the Court strike or otherwise terminate the pending motion for appointment of counsel as moot.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon the Defendants via the court's electronic filing system or by U.S. Mail this 23rd day of April, 2026.

Respectfully submitted,

_____

**Reverend Mitsy Lynn Welch**

405 N Connor Ave

Joplin, MO 64801

Plaintiff, Pro Se

*Note: This document is a draft prepared for your review and filing. Ensure all case details are accurate before submitting to the Clerk of the Court.*