# MOTION FOR DEFAULT JUDGMENT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**(SOUTHWESTERN DIVISION)**
MITSY LYNN WELCH, Plaintiff,
v.
CITY OF CARTHAGE, MISSOURI, et al., Defendants.
**CASE NO: [Insert Case Number]**
Plaintiff moves this Court, pursuant to Fed. R. Civ. P. 55(b)(2), for an Order entering Default Judgment against Defendant City of Carthage.

The Clerk has entered default against Defendant for failure to appear or defend. Plaintiff is entitled to judgment in the amount of $33,000,000.00 based on the claims of civil rights violations and asset seizure detailed in the Complaint. As shown in Exhibit A, Defendant has a history of refusing service and failing to acknowledge formal notices regarding the preservation of evidence.

Respectfully submitted,

/s/ Mitsy Lynn Welch