# AFFIDAVIT OF ADMINISTRATIVE OBSTRUCTION AND REFUSAL OF FILING

**STATE OF MISSOURI** )
**COUNTY OF JASPER** ) ss.

I, **Mitsy Lynn Welch** (Petitioner Pro Se), being of lawful age and sound mind, hereby depose and state as follows under penalty of perjury:

1. **PATTERN OF REFUSAL:** I have made five (5) separate, distinct attempts to file legal documents related to my civil matter and garnishment proceedings with the Jasper County Circuit Clerk's office. Each attempt was met with a refusal to process, date-stamp, or assign a case number.
2. **ADMINISTRATIVE GATEKEEPING:** On April 20, 2026, I attempted to file my Application for Judgment and Motion for Perfected Default. Clerk Amy Taylor explicitly refused the filing, stating I must have an attorney. I informed her of my right to proceed Pro Se, which she ignored. She further refused to provide a written statement citing the legal basis for her refusal.
3. **DUE PROCESS VIOLATIONS:** During interactions involving **Traci Cox** and other municipal agents, I have been denied fundamental Due Process. Despite being subjected to administrative "stops" and inquiries, I was not provided *Miranda* warnings or equivalent administrative disclosures regarding my rights, even as officials attempted to elicit statements to be used against my interests in this property dispute.
4. **LACK OF SERVICE ACKNOWLEDGMENT:** Formal notices served upon Traci Cox and the City of Carthage have been ignored or intercepted, preventing the "perfection" of my default motions. These officials are operating in a coordinated effort to block the entry of evidence into the public record.
5. **EVIDENTIARY RECORD:** These interactions have been documented via video and/or audio recording, showing a clear departure from ministerial duties and a violation of the Missouri Sunshine Law and the 1st and 14th Amendments to the U.S. Constitution.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____

**Mitsy Lynn Welch, Reverend**
Petitioner Pro Se
**NOTARY ACKNOWLEDGMENT:**
Subscribed and sworn to before me this _____ day of April, 2026.

_____

Notary Public