# AFFIDAVIT OF DAMAGES

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**(SOUTHWESTERN DIVISION)**
MITSY LYNN WELCH, Plaintiff,
v.
CITY OF CARTHAGE, MISSOURI, et al., Defendants.

I, Mitsy Lynn Welch, testify that the following sums are due and owing as a result of the City of Carthage's default:

1. Principal Claim Amount: $33,000,000.00
2. Court Costs/Filing Fees: $[Insert Amount]
3. Total Judgment Requested: $[Total]

I declare under penalty of perjury that these calculations are accurate to the best of my knowledge.

Signed: _____ Date: April 20, 2026