# MASTER COURT STRIKE PACK: WELCH V. CITY OF CARTHAGE

## Case Nos: 240482435 & 240482436 | Date: April 16, 2026

---

### 1. VERIFIED PROOF OF SERVICE (STATE & FEDERAL)

| Recipient | USPS Tracking Number | Delivery Date | Receiver |
|---|---|---|---|
| MO State Auditor | 9590 9402 9523 5069 4418 60 | April 13, 2026 | Samantha Brown |
| Federal (Hammons Pkwy) | 9590 9402 9523 5069 4418 84 | April 13, 2026 | Josh Jones |
| City of Carthage | (Original Green Cards) | April 6, 2026 | Front Desk Clerk |

### 2. EVIDENCE OF FELONY THEFT & CONVERSION

**Physical Exhibit A:** Empty Glass Jar and Dusting Bag delivered by Defendant on April 15, 2026.

- **MSHP Case No: 26-0187:** Logged as "Glass vile w/ crystalline sub" (instead of 1oz Gold).
- **CPD Lab #0735936:** Evidence #001 (JJR) "Glass Vial."

> **NOTICE: This constitutes Evidence Tampering and Armed Criminal Action.**

### 3. IDENTITY FRAUD (THE "NICK52" TRAP)

The Plaintiff (DOB 1981) formally disavows the following fraudulent archival strings utilized by the Defendant to obstruct the $33M Default Judgment:

**190199522 | 190199523 | 190199533 | 1901995222**

### 4. STATUTORY VIOLATIONS FOR JUDICIAL REFERRAL

**Armed Criminal Action (§ 571.015, RSMo) | Grand Larceny (§ 570.030, RSMo)**

**Public Corruption/Deprivation of Rights (18 U.S.C. § 242)**

### 5. THE COURTROOM "HAMMER" SCRIPT

> *"Your Honor, the City is in a $33 Million Default as of April 1. Yesterday, in response to a Writ of Replevin, they delivered an **empty jar** instead of my gold. This is Grand Larceny under color of law. Furthermore, I was fired from my 25-year career on April 14 in direct retaliation. I move for an Entry of Final Judgment and a referral to the MSHP Division of Drug and Crime Control."*

### 6. NOTICE TO INSURANCE (MPR)

Contact **Kirsten Smith**. Notify them that the City has committed **Intentional Criminal Acts** (not covered by policy) and is accruing **$8,200/day** in interest on a perfected debt.

*This document constitutes a formal judicial disclosure.*