# MASTER COURT & RISK EVIDENCE PACK: WELCH V. CARTHAGE

### RE: CASE 240482435 | 240482436 | FEDERAL FILING 3:26-CV-XXXX

| PLAINTIFF/CREDITOR: | DEFENDANT/DEBTOR: |
|---|---|
| Mitsy Lynn Welch (DOB 1981) | City of Carthage, Missouri |

## 1. NOTICE OF NON-COMPLIANCE & FRAUDULENT PERFORMANCE

On April 15, 2026, the Defendant attempted to satisfy a **Writ of Replevin** for gold bullion. Instead, armed agents delivered an **EMPTY GLASS JAR** and dusting bag. This constitutes **GRAND LARCENY** (§ 570.030) and **ARMED CRIMINAL ACTION** (§ 571.015) under Color of Law.

> **WARNING: VIDEO EVIDENCE CAPTURES EMPTY DELIVERY AND RETALIATION.**

## 2. VERIFIED CHAIN OF CUSTODY (LAB & POLICE LOGS)

| Agency / Lab | Identifier Number | Status |
|---|---|---|
| **MSHP (Troop D)** | Case No: 26-0187 | Logged as "Vile w/ crystalline sub" |
| **Carthage PD Lab** | Lab #0735936 / Item #001 | Physical container confirmed in custody |
| **MO State Auditor** | 9590 9402 9523 5069 4418 60 | Officially Served April 13, 2026 |

## 3. DISAVOWAL OF ADMINISTRATIVE IDENTITY FRAUD (GHOST CASES)

Plaintiff formally strikes all associations with "Nick52" and the following 1952 archival strings used to obstruct the $33M Default Judgment:

**190199522 | 190199523 | 190199533 | 1901995222**

## 4. NOTICE TO UNDERWRITER (MPR - KIRSTEN SMITH)

**OFFICE: 1907 William St, Jefferson City, MO 65109**

- Defendant has voided insurance coverage through intentional **Criminal Acts** (Theft of Gold).
- Current daily interest bleed: **$8,200.00/day** on perfected debt.
- **Retaliation:** Plaintiff terminated from 25-year career within 24 hours of filing.

## 5. JUDICIAL AFFIDAVIT / OPENING STATEMENT

*"Your Honor, the City has admitted possession of the property by delivering the jar, yet has failed to produce the gold. I move for an **Entry of Final Judgment** and an immediate referral to the MSHP Division of Drug and Crime Control for the theft of private assets under Color of Law."*

Verified by Mitsy Lynn Welch | Secured Party Creditor | Date: April 17, 2026