REQUEST FOR COUNCIL BILL

I request a council bill be drafted to accomplish the following:

To grant an Administrative Lot Split Plat for property located at 2740 Grand Ave as requested by Arvest Bank.

Date: _____ April 9, 2026 _____ Signature: Josiah Bayless

This request was referred to the _____ Public Works Committee _____ for their recommendation.

Date: _____ Mayor: _____

The _____ Public Works Committee _____ has voted in favor of sponsoring the above council bill.

Date: _____ April 8, 2026 _____ Committee Chairperson: Derek Peterson _____

The attached council bill has been prepared in accordance with the above request and is ready to be included in the agenda of the next council meeting.

Date: _____ City Attorney: _____



ARVEST CARTHAGE - LOTS 1 & 2

BEING A LOT SPLIT IN PT OF THE SW¼ OF SECTION 15,
T-28-N, R-31-W, TO THE CITY OF CARTHAGE,
JASPER COUNTY, MISSOURI.

VICINITY MAP

| NUMBER | DIRECTION (M) | DISTANCE (M) | DIRECTION (R) | DISTANCE (R) |
|---|---|---|---|---|
| L1 | N 89°45'14" E | 15.00' | N 88°48'00" E | 15.01' |
| L2 | S 01°28'26" W | 20.00' | S 00°00'00" E | 20.00' |
| L3 | N 00°56'16" E | 10.15' | N 00°00'00" E | 10.00' |
| L4 | N 89°47'54" W | 87.21' | S 88°48'00" W | 87.08' |
| L5 | N 43°02'12" W | 32.63' | N 44°33'00" W | 32.70' |

LEGEND

| | |
|---|---|
| ● | FOUND MONUMENT |
| ○ | SET MONUMENT |
| ◇ | FIRE HYDRANT |
| ⋈ | WATER VALVE |
| ⊥ | SIGN |
| ⊙ | GUY WIRE |
| ⊕ | LIGHT POLE |
| ⊗ | ORNAMENTAL LIGHT |
| ⬤ | FENCE BOLLARD |
| ⊞ | ELECTRIC BOX |
| ▭ | TELEPHONE PEDESTAL |
| ○ | TRAFFIC SIGNAL POLE |
| —X— | FENCE LINE |
| —GAS— | GAS LINE |
| —SS— | SANITARY SEWER LINE |
| —WA— | WATER LINE |
| —UGT— | UNDERGROUND TELEPHONE LINE |
| —UGE— | UNDERGROUND ELECTRIC LINE |
| —OHE— | OVERHEAD ELECTRIC LINE |
| ▬▬ | STORM DRAINAGE PIPE |

CITY OF CARTHAGE ZONING
BUILDING SETBACKS

| General Business | E |
|---|---|
| Front | None |
| Side | None |
| Rear | None |
| Height: | No building shall exceed 45 feet or 3 stories. |

Owner

Arvest Bank
Telephone: (479) 973-4161
Architectural Management Office
75 N. East Ave., Suite 503
Fayetteville, AR 72701

Surveyor

Development Consultants Inc.
Allen "Jay" Young
Telephone: (479) 444-7880
1 East Center St, Suite 290
Fayetteville, AR 72701

Certification

I, Allen J. Young, certify that a Boundary Survey was performed on the Property shown hereon by a D.C.I. Field Crew under my supervision and this drawing is an accurate representation of the Survey results. All property corners not found are set in accordance with existing found monuments in the area.

Allen J. Young
Missouri Registered Professional
Land Surveyor No. 2004001337

Date

PUBLIC WORKS COMITTEE APPROVAL

THIS ADMINISTRATIVE LOT SPLIT PLAT HAS BEEN SUBMITTED TO AND APPROVED BY THE PUBLIC WORKS COMMITTEE THIS _____ DAY OF _____ 2026 FOR THE CITY OF CARTHAGE, JASPER COUNTY, MISSOURI.

JOSIAH BAYLESS, PUBLIC WORKS DIRECTOR

CERTIFICATE OF RECORDING:

State of Missouri )
                  ) SS
County of Jasper  )

I, _____ Recorder of Jasper County, do hereby certify that the within instrument of writing was filed on the _____ day of _____ 2026 A.D._____ O'clock_____ Min._____ M. Duly for record and is recorded in this office in Survey Book_____ at Page_____ in testimony whereof I have hereunto set my hand and affixed my seal at Carthage, Missouri, this _____ day of _____ 2026.

RECORDER                    DEPUTY

STATE OF MISSOURI
COUNTY OF JASPER
RECORDER'S CERTIFICATION

PROPERTY DESCRIPTION: (Warranty Deed: Book 2078, Page 2088)

All that part of the Southwest Quarter (SW1/4) of the Southwest Quarter (SW1/4) of the Southwest Quarter (SW1/4) of Section 15, Township 28 North, Range 31 West, in the City of Carthage, Jasper County, Missouri, described as follows: Commencing at the Southwest Corner of the Southwest Quarter of said Section 15, Thence N 00° 00' 00"E along the West line of said Southwest Quarter, 58.78 feet; Thence N 88° 48' 00"E, 30.01 feet to a point on the East Right-of-Way line of Missouri Route 571 and the point of beginning; Thence N 00° 01' 20"W along said East Right-of-Way line, 324.18 feet; Thence N 88° 48' 00"E, 15.01 feet to the point of beginning; Thence continuing N 88° 48' 00"E, 400.19 feet; Thence S 00° 00' 00"W, 337.97 feet; Thence S 88° 48' 00"W, 307.93 feet; Thence N 45° 00' 00"W, 130.32 feet; Thence N 00° 01' 20"W, 243.88 feet to the point of beginning.

Subject to any existing Easements or Restrictions of record.

INGRESS/EGRESS EASEMENT: (Warranty Deed: Book 2078, Page 2088)

All that part of the Southwest Quarter (SW1/4) of the Southwest Quarter (SW1/4) of the Southwest Quarter (SW1/4) of Section 15, Township 28 North, Range 31 West, in the City of Carthage, Jasper County, Missouri, described as follows: Commencing at the Southwest Corner of the Southwest Quarter of said Section 15, Thence N 00° 00' 00"E along the West line of said Southwest Quarter, 58.78 feet; thence N 88° 48' 00"E, 30.01 feet to a point on the East Right-of-Way line of Missouri Route 571 and the point of beginning; Thence N88° 48' 00"E, 15.01 feet; Thence S 00° 00' 00"W along said East Right-of-Way line, 324.18 feet; Thence S 45° 00' 00"E, 130.32 feet; Thence N 88° 48' 00"E, 307.93 feet; Thence S 00° 00' 00"W, 20.00 feet to a point on the North Right-of-Way line of fir road; Thence along said North Right-of-Way line of fir road the following courses and distances; Thence S 88° 48' 00"W, 305.06 feet; thence N 00° 00' 00"E, 10.00 feet; Thence S 88° 48' 00"W, 87.08 feet; Thence N 44° 33' 00"W, 32.70 feet to the point of beginning.

SURVEYED DESCRIPTION: (LOT 1)

All that part of the Southwest Quarter (SW1/4) of the Southwest Quarter (Sw1/4) of Section 15, Township 28 North, Range 31 West, in the City of Carthage, Jasper County, Missouri, described as follows: Commencing at the Southwest Corner of the Southwest Quarter of said Section 15, Thence N 00° 00' 00" E along the West line of said Southwest Quarter, a distance of 58.78 feet; Thence N 88° 48' 00" E, a distance of 30.01 feet to a point on the East Right-of-Way line of Missouri Route 571; Thence N 01° 26' 00" E along said East Right-of-Way line, a distance of 324.19 feet; Thence N 89° 45' 14" E, a distance of 15.00 feet to the point of beginning; Thence continuing N 89° 45' 14" E, a distance of 400.31 feet; Thence S 01° 28' 26" W, a distance of 337.89 feet; Thence N 89° 45' 12" W, a distance of 135.02 feet; Thence N 01° 28' 26" E, a distance of 283.88 feet; Thence S 89° 45' 14" E, a distance of 265.24 feet; Thence N 01° 25' 53" E, a distance of 54.00 feet to the point of beginning.

Containing a total of 1.63 acres more or less

SURVEYED DESCRIPTION: (LOT 2)

All that part of the Southwest Quarter (SW1/4) of the Southwest Quarter (Sw1/4) of Section 15, Township 28 North, Range 31 West, in the City of Carthage, Jasper County, Missouri, described as follows: Commencing at the Southwest Corner of the Southwest Quarter of said Section 15, Thence N 00° 00' 00" E along the West line of said Southwest Quarter, a distance of 58.78 feet; Thence N 88° 48' 00" E, a distance of 30.01 feet to a point on the East Right-of-Way line of Missouri Route 571; Thence N 01° 26' 00" E along said East Right-of-Way line, a distance of 324.19 feet; Thence N 89° 45' 14" E, a distance of 15.00 feet; Thence N 01° 25' 53" W, a distance of 54.00 feet to the point of beginning; Thence continuing N 01° 25' 53" W, a distance of 189.86 feet; Thence S 43° 27' 58" E, a distance of 130.05 feet; Thence S 89° 45' 12" E, a distance of 173.23 feet; Thence N 01° 28' 26"E, a distance of 283.88 feet; Thence S 89° 45' 14"E, a distance of 265.24 feet to the point of beginning.

Containing a total of 1.37 acres more or less

Notes

Based on scaled map location and graphic plotting only, the subject property is in Flood Zone X, which is an area determined to be outside the 0.2% Annual Chance Floodplain, according to Flood Insurance Rate Map, Jasper County, Missouri, Map Number 29097C0193E, map revised November 02, 2012.

Bearings are based on Missouri State Plane Coordinates - West Zone, NAD83 (NSRS2011), per GPS observation.

Rights of way and Easements are shown hereon as per documents provided to the surveyor. Additional Rights of way and Easements recorded or not a part of the public record, may or may not exist that affect the subject property.

The locations of utilities as shown hereon are based on aboveground structures and record documents. Locations of underground utilities may vary from locations shown hereon. Additional buried utilities/structures may be encountered. No excavations were made during the progress of the survey to locate buried utilities/structures.

No observable evidence of earth moving work within recent months exist on the subject property.

No observable evidence of site use as a solid waste dump, sump or sanitary landfill.

Easement for Right of way, recorded July 22, 1952 as #11729 of Official Records in favor of KAMO Electric Cooperative is blanket in nature and may or may not affect the subject property.

Electric Easement, recorded October 28, 1980 as Document No. 9614 in Book 1238 at Page 1051 of Official Records in favor of The Empire District Electric Company is blanket in nature and may or may not affect the subject property.

This survey references First American Title Insurance Company Guarantee No. 1659358, Guarantee Date: July 07, 2024.

DCI
DEVELOPMENT CONSULTANTS INCORPORATED

COPYRIGHT 2026
SCALE 1" = 30'
DATE 04-01-2026

DEVELOPMENT CONSULTANTS INCORPORATED

LOTS 1 & 2, ARVEST CARTHAGE ADDITION
CARTHAGE, MISSOURI
LOT SPLIT PLAT

PROJECT NO: 24-160

SHEET NO: LS-1

Case 3:26-cv-05034-MBB     Document 6-5     Filed 04/22/26     Page 2 of 3

SURVEYED DESCRIPTION: (LOT 1)

All that part of the Southwest Quarter (SW1/4) of the Southwest Quarter (SW1/4) of the Southwest Quarter (Sw1/4) of Section 15, Township 28 North, Range 31 West, in the City of Carthage, Jasper County, Missouri, described as follows: Commencing at the Southwest Corner of the Southwest Quarter of said Section 15, Thence N 00° 00' 00" E along the West line of said Southwest Quarter, a distance of 58.78 feet; Thence N 88° 48' 00" E, a distance of 30.01 feet to a point on the East Right-of-Way line of Missouri Route 571; Thence N 01° 26' 00" E along said East Right-of-Way line, a distance of 324.19 feet; Thence N 89° 45' 14" E, a distance of 15.00 feet to the point of beginning; Thence continuing N 89° 45' 14" E, a distance of 400.31 feet; Thence S 01° 28' 26" W, a distance of 337.89 feet; Thence N 89° 45' 12" W, a distance of 135.02 feet; Thence N 01° 28' 26" E, a distance of 283.88 feet; Thence S 89° 45' 14" E, a distance of 265.24 feet; Thence N 01° 25' 53" E, a distance of 54.00 feet to the point of beginning.

Containing a total of 1.63 acres more or less

SURVEYED DESCRIPTION: (LOT 2)

All that part of the Southwest Quarter (SW1/4) of the Southwest Quarter (SW1/4) of the Southwest Quarter (Sw1/4) of Section 15, Township 28 North, Range 31 West, in the City of Carthage, Jasper County, Missouri, described as follows: Commencing at the Southwest Corner of the Southwest Quarter of said Section 15, Thence N 00° 00' 00" E along the West line of said Southwest Quarter, a distance of 58.78 feet; Thence N 88° 48' 00" E, a distance of 30.01 feet to a point on the East Right-of-Way line of Missouri Route 571; Thence N 01° 26' 00" E along said East Right-of-Way line, a distance of 324.19 feet; Thence N 89° 45' 14" E, a distance of 15.00 feet; Thence S 01° 25' 53" W, a distance of 54.00 feet to the point of beginning; Thence continuing S 01° 25' 53" W, a distance of 189.86 feet; Thence S 43° 27' 58" E, a distance of 130.05 feet; Thence S 89° 45' 12" E, a distance of 173.23 feet; Thence N 01° 28' 26"E, a distance of 283.88 feet; Thence S 89° 45' 14"E, a distance of 265.24 feet to the point of beginning.

Containing a total of 1.37 acres more or less

An evaluation version of novaPDF was used to create this PDF file.
Purchase a license to generate PDF files without this notice.