# REQUEST FOR CLERK'S ENTRY OF DEFAULT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**(SOUTHWESTERN DIVISION)**
MITSY LYNN WELCH, Plaintiff,
v.
CITY OF CARTHAGE, MISSOURI, et al., Defendants.
**CASE NO: [Insert Case Number]**
Plaintiff Mitsy Lynn Welch, appearing Pro Se, hereby requests that the Clerk of Court enter the default of Defendant City of Carthage, Missouri, pursuant to Federal Rule of Civil Procedure 55(a).

As shown by the accompanying Affidavit, the Defendant was served with the Summons and Complaint. The time for Defendant to plead or otherwise defend has expired, and Defendant has failed to file an answer or responsive pleading within the time allowed by law.

Respectfully submitted,

/s/ Mitsy Lynn Welch