# EXHIBIT A: FORMAL NOTICE OF COMMUNITY WITNESSES & EVIDENCE PRESERVATION

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**(SOUTHWESTERN DIVISION)**

TO: City of Carthage, Missouri; Carthage Police Department; City Clerk.

DATE OF ATTEMPTED SERVICE: April 3, 2026

NOTICE IS HEREBY GIVEN that the City of Carthage and its agents are required to preserve all physical and digital evidence related to the following:

- Surveillance Records and digital metadata from March 4-5, 2026.
- Flock LPR Technology logs and data.
- Administrative Records pertaining to Case Number 190199533.
- Internal emails, memos, and dispatch logs.

RECORD OF REFUSAL:

On April 3, 2026, Plaintiff attempted to formally serve this notice at Carthage City Hall. The Clerk on duty refused to accept, date-stamp, or sign for the document. This refusal constitutes a willful disregard for the preservation of evidence and municipal accountability.

SUBMITTED BY:

/s/ Mitsy Lynn Welch

Dated: April 20, 2026