# AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**(SOUTHWESTERN DIVISION)**
MITSY LYNN WELCH, Plaintiff,
v.
CITY OF CARTHAGE, MISSOURI, et al., Defendants.
**CASE NO: [Insert Case Number]**
I, Mitsy Lynn Welch, being of lawful age and duly sworn, state:

1. I am the Plaintiff in the above-styled action.
2. Defendant City of Carthage was served with legal process.
3. The deadline for an Answer has passed. As of today's date, no responsive pleading has been served on me or filed with the Court.
4. Upon information and belief, the Defendant is not an infant or incompetent person.
5. The Defendant is a municipal entity and is not in the military service.

I declare under penalty of perjury that the foregoing is true and correct.
Signed: _____ Date: April 20, 2026