**STEP 1:** *File this first in CM/ECF under **Civil -> Motions -> Entry of Default**. This asks the Clerk to verify the timeline.*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION (JOPLIN)

| | | |
|---|---|---|
| MITSY LYNN WELCH, | ) | |
| Plaintiff, | ) | Case No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CARTHAGE, et al., | ) | |
| Defendants. | ) | |

### MOTION FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Mitsy Lynn Welch respectfully moves the Clerk of the Court for an Entry of Default against Defendants for failure to plead or otherwise defend within the time required by law.

As shown in the attached Affidavit, Defendants were served with the Summons and Complaint, and the time for response has expired without any filing or appearance by Defendants.

Respectfully submitted,

_____

Mitsy Lynn Welch, Pro Se
Dated: April ____, 2026

*AFFIDAVIT:* *This is the evidence for your motion. It must be filed as an **Attachment** to the Motion for Entry of Default.*

## AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

I, Mitsy Lynn Welch, being of lawful age and duly sworn, state as follows:

1. I am the Plaintiff in this action.
2. Service of process was executed upon Defendants on _____, 2026.
3. The deadline for Defendants to file an answer or motion was _____, 2026.
4. As of today, no answer or responsive pleading has been served on me or filed with the Court.
5. Upon information and belief, no Defendant is an infant, incompetent person, or in the active military service.

I declare under penalty of perjury that the foregoing is true and correct.


_____

Mitsy Lynn Welch
Date: _____

*PROPOSED ORDER:* *Upload this as an **Attachment** labeled "Proposed Order." The Clerk will sign this if they approve your motion.*

## PROPOSED CLERK'S ENTRY OF DEFAULT

It appearing from the record and the affidavit of Plaintiff that Defendants have failed to plead or otherwise defend in this action as required by law, the default of Defendants is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

_____

**CLERK OF THE COURT**

Dated: _____

*STEP 2:* ONLY file this after the Clerk has signed the "Entry of Default" above. File this under **Civil -> Motions -> Default Judgment**.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Mitsy Lynn Welch moves this Court for the entry of a Default Judgment against Defendants pursuant to Federal Rule of Civil Procedure 55(b).

Plaintiff requests judgment in the amount of $_____ based on the evidence of [e.g., missing property/damages] and as more fully described in the attached Certificate of Sum Certain.

_____

Mitsy Lynn Welch, Pro Se
Joplin, MO
Dated: April _____, 2026