# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

MITSY LYNN WELCH,

Plaintiff,

v.

CITY OF CARTHAGE, MISSOURI, et al.,

Defendants.

Case No. 240482435 / 24083436

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

## MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO RULE 55(B)

COMES NOW Plaintiff, Mitsy Lynn Welch, proceeding pro se, and moves this Court for an Entry of Default Judgment against Defendant City of Carthage. In support of this Motion, Plaintiff states as follows:

1. On or before April 1, 2026, the deadline for Defendant to file a responsive pleading or motion expired.
2. Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.
3. A "Perfected Default" was noted in the record as of April 1, 2026.
4. Plaintiff's claim is for a sum certain, specifically **$33,000,000.00**, plus applicable interest and costs, as detailed in the attached Affidavit of Damages.
5. Defendant is not an infant, incompetent person, or in the military service.

WHEREFORE, Plaintiff respectfully requests that this Court enter Judgment against Defendant City of Carthage in the amount of $33,000,000.00, together with interest and costs of this action.

Respectfully submitted,

_____

MITSY LYNN WELCH

Joplin, Missouri

Date: April 21, 2026

**AFFIDAVIT OF DAMAGES AND SUM CERTAIN**

I, Mitsy Lynn Welch, being of lawful age and duly sworn upon my oath, state as follows:

1. I am the Plaintiff in the above-styled action.
2. The Defendant, City of Carthage, is in default for failure to answer or defend.
3. The total amount due and owing to Plaintiff from Defendant is **$33,000,000.00**.
4. This amount is comprised of statutory penalties for Missouri Sunshine Law violations, compensatory damages, and compounded interest as calculated in Plaintiff's records.
5. All offsets and credits have been applied, and the sum of $33,000,000.00 is a true and accurate reflection of the damages resulting from Defendant's conduct.

_____
MITSY LYNN WELCH

STATE OF MISSOURI )
COUNTY OF JASPER ) SS.

Subscribed and sworn to before me this _____ day of April, 2026.

_____
NOTARY PUBLIC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

MITSY LYNN WELCH,

Plaintiff,

v.

CITY OF CARTHAGE, MISSOURI,

Defendant.

Case No. 240482435 / 24083436

**[PROPOSED] DEFAULT JUDGMENT**

## <u>DEFAULT JUDGMENT</u>

This matter comes before the Court on Plaintiff's Motion for Entry of Default Judgment. It appearing to the Court that Defendant City of Carthage was duly served, that the time for answering has expired, and that a default has been entered;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Plaintiff Mitsy Lynn Welch and against Defendant City of Carthage in the principal amount of **$33,000,000.00**, plus post-judgment interest at the statutory rate.

SO ORDERED this _____ day of _____, 2026.

_____

UNITED STATES DISTRICT JUDGE