# NOTICE OF DEFAULT & ADMINISTRATIVE DEMAND

FOR IMMEDIATE PRESENTATION TO FINANCIAL INSTITUTIONS

---

**DATE:** April 22, 2026

**TO:** _____ (Institution Name)

**ATTN:** Branch Manager / Compliance Officer

**SUBJECT: NOTICE OF DEFAULT (CARTHAGE, MO)**

This document serves as formal administrative notice that the City of Carthage, Missouri, has entered a state of **DEFAULT** as of April 1, 2026. This default status pertains to municipal accountability and public records transparency requirements.

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL:** You are hereby notified to take record of this default regarding all accounts, bonds, or assets associated with the following reference numbers:

_____

_____

Demand is made for immediate acknowledgement of this filing. Failure to recognize the default status may result in further administrative or legal liability.

_____
Reverend Mitsy Welch (Ozarkseer)
Affiant / Authorized Representative

RECEIVED BY BANK
DATE/TIME STAMP

Confidential & Proprietary - Administrative Accountability Project

# FORMAL NOTICE TO THE CITY MARSHAL

PUBLIC RECORD FILING - CARTHAGE, MISSOURI

---

**DATE:** April 22, 2026

**TO:** Office of the City Marshal, Carthage, MO

**FROM:** Reverend Mitsy Welch (Ozarkseer)

## NOTICE OF FILING FOR THE PUBLIC MINUTES

In accordance with my role specializing in municipal accountability and the Missouri Sunshine Law, I am submitting this notice to be entered **"ON THE RECORD"** for the public minutes this evening.

**KEY ALLEGATIONS & FACTS:**

- The City of Carthage defaulted on April 1, 2026.
- Reported property theft occurring on January 21st remains unresolved.
- This notice serves as a demand for Service of Process or administrative action regarding these defaults.

Pursuant to City Charter and applicable Missouri Revised Statutes, the Marshal's office is requested to acknowledge receipt and ensure service or proper placement within the public record.

---

Reverend Mitsy Welch (Ozarkseer)
Petitioner

MARSHAL'S OFFICE
RECEIVED STAMP