# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

**REVEREND MITSY LYNN WELCH,**
*Plaintiff,*

v.

**CITY OF CARTHAGE, MISSOURI, et al.,**
*Defendants.*

)
)
)
)
)
)
)
)

**CASE NO: 3:26-CV-05034-DPR**

## NOTICE OF UNREBUTTED EVIDENCE AND AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT

### I. STATEMENT OF DEFAULT

1. On April 2, 2026, Plaintiff formally served a Notice of Claim and Verified Filing upon the City of Carthage. This document serves as the formal record of filing submitted to support ongoing claims regarding municipal accountability and transparency.

2. As of April 23, 2026, the 21-day statutory response window has expired. The evidence contained within the Plaintiff's filings is now legally considered confessed and unrebutted by the Defendants.

3. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk is required to enter default as the Defendants have failed to plead or otherwise defend against the established claims.

### II. EVIDENCE OF DIGITAL FRAUD (EXHIBIT A)

4. Plaintiff submits Exhibit A (Manifest of Tampered Digital Records) proving a manual breach of database protocol on February 23, 2026, at 11:04 AM. This "Smoking Gun" timestamp identifies a manual breach to target Reverend Mitsy Welch.

5. The evidence establishes that a 74-year-old record (Lila Welch, 1952) was digitally exhumed specifically to create a legal nexus with the current persona of Reverend Mitsy Welch, bypassing modern record flags.

6. This digital spoliation and identity targeting constitute a purposeful violation of civil rights and the Missouri Sunshine Law.

## III. THE "RED BOX" MANIFEST

7. Plaintiff's Master Evidence Manifest proves the existence of a "Red Box" alert on the CAD terminal, used to defame and incite aggression during interactions, creating a "tactile maneuver" environment.

8. Unrebutted forensic narratives and logs prove retaliatory stalking by local law enforcement, including "Area Checks" logged when no calls for service were active.

9. Asset tampering is further documented through comparison records showing refined gold recovery drops vs. official police logs falsified to label assets as "crystalline residue" or "empty".

## IV. LIQUIDATED DAMAGES & SUM CERTAIN

10. The total sum certain for this judgment is $33,694,900.00. These damages are now confessed and undisputed due to the expiration of the rebuttal window.

## V. PRAYER FOR RELIEF

Plaintiff moves this Court for an Entry of Default Judgment in the amount of $33,694,900.00, plus post-judgment interest and a Writ of Execution to satisfy the debt through municipal assets or financial accounts.


Respectfully submitted,


_____

**Reverend Mitsy Lynn Welch**
*Acting Counsel / Plaintiff*
Date: April 24, 2026