# MASTER EVIDENCE MANIFEST

**UNREBUTTED FACT NOTICE:** *As of April 23, 2026, the 21-day statutory response window has expired. The evidence contained herein is legally considered confessed and unrebutted by the Defendants.*

## SECTION I: THE IDENTITY ANCHOR (THE 1952 GHOST FILE)

Visual evidence of the 'Lila/Lyla Welch' identity created to facilitate surveillance without the legal oversight required for Reverend Mitsy Welch. Note the 1952 timestamp used to bypass modern record flags.

# SECTION II: THE RED BOX ALERT

Direct screenshot of the 'Red Box' on the CAD terminal. This flag is used to defame and incite aggression during interactions, creating the 'tactile maneuver' environment documented at 405 N. Connor.

# SECTION III: ASSET TAMPERING & THEFT

Comparison document showing refined gold recovery drops vs. the official police log labeling the assets as 'crystalline residue' or 'empty'. This is the smoking gun for theft under color of law.

# SECTION IV: PROACTIVE SURVEILLANCE LOGS



Logs showing zero calls for service at times when 'Area Checks' were logged. This proves retaliatory stalking by local law enforcement against the media personality.

RECONSTRUCTED: APRIL 23, 2026
ACTING COUNSEL: REVEREND MITSY LYNN WELCH
LOCATION: JOPLIN/CARTHAGE JURISDICTION