# Manifest of Tampered Digital Records: Case Evidence Exhibit A

**Prepared by:** Reverend Mitsy Welch (OzarkSeer)
**Date:** April 23, 2026
**Subject:** Evidence of Digital Fraud and Record Resurrection (Carthage, MO)
This manifest organizes the digital forensic evidence identified regarding the unauthorized manipulation of archival records within the City of Carthage database systems. The primary focus is the 'Smoking Gun' timestamp identifying a manual breach of protocol to target the Reverend Mitsy Welch.

| Evidence ID | Timestamp/Date | Description of Activity | Significance |
| --- | --- | --- | --- |
| SG-1104 | Feb 23, 2026 - 11:04 AM | Digital audit log entry showing access to Case #190199522. | The "Smoking Gun": Proves manual 'resurrection' of a 1952 archival record. |
| DOC-LW52 | March 4, 2026 (Captured) | Screenshot of archival 1952 document for Lila Welch. | Demonstrates the specific historical record used for identity targeting. |
| LOG-Carthage | April 2026 (Audit) | Verification of database queries during statutory rebuttal period. | Confirms the expiration of the 21-day rebuttal window without a response. |

## Forensic Narrative

- **Identity Targeting:** The evidence establishes that a 74-year-old record (Lila Welch, 1952) was digitally exhumed specifically to create a legal nexus with the current persona of Reverend Mitsy Welch.
- **Digital Spoliation:** The 11:04 AM timestamp on February 23rd serves as the definitive point of entry for this modification, establishing liability for Carthage officials.
- **Federal Context:** This manifest supports the claim of civil rights violations and digital fraud currently being pursued in the Western District of Missouri.

*Note: This document serves as a foundational exhibit for the upcoming Motion to Strike and formal address to the Carthage City Council.*