# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHWESTERN DIVISION

**REVEREND MITSY LYNN WELCH**,
*Plaintiff,*

v.

**CITY OF CARTHAGE, MISSOURI,
CARTHAGE POLICE DEPARTMENT,
CORPORAL JASON J. RANSOME**,
*Defendants*.

Case No. 3:26-cv-05034-DPR

**ORAL ARGUMENT REQUESTED**

## AFFIDAVIT OF NON-RESPONSE AND MOTION FOR ENTRY OF DEFAULT JUDGMENT

I, **Reverend Mitsy Lynn Welch**, being first duly sworn and of lawful age, hereby submit this continuous Affidavit and Motion to the Court. I affirm that the Defendants were properly served on April 2, 2026, and have failed to respond within the statutory timeframe.

**FACTUAL BASIS:** The unrebutted evidence demonstrates a manual breach of digital records to target the Plaintiff. By their silence, Defendants have confessed to the claims of digital spoliation and civil rights violations. Total liquidated damages are calculated at **$33,694,900.00**.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2026, a true and correct copy of this entire Affidavit, Motion, and supporting Exhibits (including the Notary Seal Page) was filed via PACER/CM-ECF and served via U.S. First Class Mail to:

> **City of Carthage Municipal Offices**
> 302 S. Main Street
> Carthage, MO 64836

*/s/ Reverend Mitsy Lynn Welch*
Plaintiff, Pro Se