**REVEREND MITSY LYNN WELCH**, Plaintiff,

**CASE NO: 3:26-cv-05034-DPR**

v.

**CITY OF CARTHAGE, et al.**, Defendants.

---

# EMERGENCY MOTION FOR ENTRY OF DEFAULT AND REQUEST FOR HEARING

Plaintiff Reverend Mitsy Lynn Welch moves for an Entry of Default and requests an Emergency Hearing in the Joplin Division. Defendants have failed to respond to the summons served on April 2, 2026. Plaintiff asserts immediate irreparable harm regarding digital record tampering and civil rights violations.

## CERTIFICATE OF SERVICE

I certify that on April 24, 2026, this full document including notarized evidence was filed via CM/ECF and served via U.S. Mail to:

City of Carthage Municipal Offices, 302 S. Main Street, Carthage, MO 64836.

*Reverend Mitsy Lynn Welch*

_____

**REVEREND MITSY LYNN WELCH**