REV. MITSY LYNN WELCH,
*Plaintiff*,

v.

CITY OF CARTHAGE, MISSOURI, et al.,
*Defendants*.

Case No. 3:26-cv-05034-DPR

**PETITIONER'S VERIFIED STATEMENT OF LIQUIDATED DAMAGES AND MOTION FOR EMERGENCY MANDATORY INJUNCTION**

## STATEMENT OF CLAIM AND REQUEST FOR JUDICIAL NOTICE

COMES NOW Reverend Mitsy Lynn Welch, *pro se*, to submit this final statement of liquidated damages following the Defendants' entry of default and refusal of service. Under Federal Rule 55, liability is a matter of law; Plaintiff now moves for the execution of judgment based on the following itemized harms.

### I. CONSTRUCTIVE RESTRAINT & HABEAS CORPUS NEXUS

Plaintiff is currently under an unlawful constructive restraint. By "ghosting" Plaintiff's identification documents, the City of Carthage has stripped Plaintiff of her legal identity, prohibiting travel, professional duties, and the exercise of her sacred ministry. This restraint is ongoing and requires immediate summary relief under the principles of Habeas Corpus.

### II. RESTRAINT OF PROPERTY (THE JOPLIN VEHICLE)

Plaintiff's vehicle (Ford Expedition) is held in a Joplin storage lot. It is a "Legal Impossibility" for Plaintiff to retrieve her property because Carthage has withheld the necessary identification. **Plaintiff moves for an Emergency Mandatory Injunction** ordering the City to provide certified identity documentation immediately to abate this daily accruing financial loss.

### III. CONVERSION OF ASSETS (THE GOLD FRAUD)

By default, Defendants have admitted to the seizure of gold bullion and the subsequent return of counterfeit, "bleached" substitutes. This *spoliation of evidence* and *civil theft* is no longer a matter of dispute; Plaintiff provides the market value of the original assets for the purpose of liquidation.

### IV. WHISTLEBLOWER & CLERGY RESTRAINT

Plaintiff was terminated as a direct result of protected whistleblowing activity regarding the same municipal record fraud now documented by the Missouri State Auditor. This retaliation, combined with the interference of clergy duties, constitutes a total economic and moral eclipse of Plaintiff's standing.

## V. JUDICIAL NOTICE OF STATE AUDIT FINDINGS

Plaintiff requests the Court take Judicial Notice of the **Missouri State Auditor's Findings (April 2026)**, which confirm that Carthage lacks internal controls and maintains unreliable records. These state-verified findings prove that the "Ghost Records" used against Plaintiff are structurally fraudulent.

### TOTAL LIQUIDATED JUDGMENT DEMANDED: $33,000,000.00

Respectfully submitted,

_____

**Rev. Mitsy Lynn Welch**
*Pro Se Petitioner*
405 N. Connor, Joplin, MO 64801