# IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI

## MEMORANDUM OF LAW REGARDING PROCEDURAL SCOPE OF DEFAULT

Plaintiff,                                             Case No. _____

COMES NOW the Plaintiff and submits this Memorandum to the Court regarding the proper scope

vs.

of the current proceedings. As this matter involves a pending Motion for Default, the legal focus

must remain strictly on the procedural standing of the parties rather than the merits of the

Defendant.

underlying case.

## I. PROCEDURAL FOCUS

The issue before the Court is the Defendant's failure to respond within the timeframe mandated by the Missouri Rules of Civil Procedure. Under Missouri law, the entry of default is a procedural mechanism triggered by a party's failure to plead or otherwise defend. Consequently, the merits of the allegations contained in the Petition are not yet ripe for argument.

## II. IRRELEVANCE OF SUBSTANTIVE MERITS AT THIS STAGE

Until the procedural status of the default is resolved, any inquiry into the substantive facts of the case is premature. The Court's immediate concern is limited to the verification of proper service and the calculation of time elapsed since said service. Arguments regarding the strength or weakness of the case's merits do not cure a jurisdictional or procedural failure to respond to a summons.

## III. CONCLUSION

Plaintiff respectfully requests that the Court limit the scope of the upcoming hearing to the procedural facts surrounding the default, ensuring that the judicial process follows the orderly sequence required by law.

Respectfully submitted,

_____

Dated: April 27, 2026