# EMERGENCY MOTION FOR JUDICIAL RELIEF

## Statement of Irreparable Harm & Evidence Manifest

---

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

**CASE NO: 3:26-cv-05034-DPR**
**PETITIONER: MITSY LYNN WELCH**
**RESPONDENT: CITY OF CARTHAGE, MISSOURI**

## I. GROUNDS FOR EMERGENCY HEARING TODAY

Petitioner moves for an emergency hearing and Temporary Restraining Order (TRO) based on the following verified facts:

- **Criminal Conversion of Assets:** MSHP Case No: 26-0187. Verified substitution of 24K gold bullion with an empty residue vial during Writ of Replevin.
- **Digital Identity Fraud:** Manual database breach (Feb 23, 2026) used to link Petitioner to 1952 records for "Lyla Welch" to obstruct legal standing.
- **Retaliatory Actions:** Immediate firing of Petitioner on April 14, 2026, in response to protected legal filings.
- **Total Default:** Expiration of the 21-day statutory response window for the $33,694,900.00 claim.

## II. EVIDENCE LIST (PDF COPIES PREPARED)

**1. Red_Box_Evidence_Manifest.pdf:** Documentation of law enforcement profiling and tactile maneuvers.

**2. Affidavit_of_Non-Compliance.pdf:** Sworn statement of municipal clerks refusing to docket ADA notices.

**3. Writ_of_Execution_Draft.pdf:** Proposed order for the seizure of municipal bank accounts to satisfy the $33.7M default.

> *NOTICE TO CLERK: This matter involves "irreparable harm" to property and civil rights. Under Federal Rule 55 and 65, immediate judicial review is requested to prevent further asset dissipation.*

---

Submitted by Mitsy Lynn Welch, Pro Se Petitioner
Dated: April 27, 2026 | Joplin, Missouri