<div style="border: 1px solid black; padding: 1em;">

# OFFICIAL NOTICE OF ACCRUING LIABILITY

## CONSTITUTIONAL VIOLATIONS & UNLAWFUL ASSET RETENTION

</div>

**TO: City of Carthage, Missouri; Carthage Police Department; and Named Defendants**

**RE: Case No. 3:26-cv-05034-DPR**

**DATE: April 27, 2026**

## NOTICE OF DAILY ACCRUING DAMAGES

This document serves as formal notice to the City of Carthage and all associated agents that for every day the Plaintiff's lawful property—including but not limited to 1.0 oz of 24K Gold Bullion—remains unlawfully withheld, and for every day the Plaintiff's civil rights are violated through identity anchoring and "ghost records," damages are accruing at the following rate:

<div style="border: 2px solid red; padding: 1em; text-align: center;">

### TOTAL DAILY ACCRUING LIABILITY:

## $8,200.00 PER DAY

*(Calculated based on constitutional deprivation, loss of use, and ongoing irreparable harm.)*

</div>

## STATEMENT OF RIGHTS VIOLATED

> **Fourth Amendment:** Unlawful seizure and retention of personal assets without probable cause.
>
> **Fourteenth Amendment:** Deprivation of property without Due Process of Law through the maintenance of fraudulent records.
>
> **First Amendment:** Ongoing retaliation and suppression of public records/transcripts.
>
> **Identity Protection:** Failure to correct the fraudulent "Lyla Welch" profile to the lawful identity of **Reverend Mitsy Lynn Welch**.

## EMERGENCY ACTION WARNING

Failure to immediately remediate these violations and return all seized property will result in this daily accruing amount being sought as part of an Emergency Temporary Restraining Order (TRO) and subsequent judgment in the U.S. District Court for the Western District of Missouri.

_____

**REVEREND MITSY LYNN WELCH**

Plaintiff Pro Se

Generated for service in Case No. 3:26-cv-05034-DPR