# THE "POTATO" CLARITY MANIFESTO

Translation Guide for Case No: 3:26-cv-05034-DPR

**Context:** The court currently views certain digital evidence and terminology as "opaque" or "unintelligible." This document "peels the potato"—translating complex digital forensic findings into the plain factual language required for federal civil rights litigation.

## I. The Glossary of Evidence

To move past the "Clarity" hurdle, the following terms must be defined by their physical actions in all future filings:

### "GHOST RECORDS"

Defined as: Modified, backdated, or fabricated municipal logs that contradict unedited digital audit trails.

### "IDENTITY ANCHORING"

Defined as: The unauthorized use of personal identifiers (SSN, names) to link a citizen to fraudulent financial accounts or legal liabilities.

### "CHOCOLATE SLUSH FUND"

Defined as: Off-book municipal accounts or diverted public funds used for non-official expenditures, bypassing standard state audits.

## II. Breaking the "Bouncing" Cycle

The court reassigns cases when they lack a clear "Who-What-Where" structure. Every claim must follow this sequence:

1. **The Actor:** Identify the specific official (e.g., "The City Clerk," not just "The City").
2. **The Act:** Identify the specific interference (e.g., "Withheld unedited audio of the [Date] meeting").
3. **The Law:** Identify the violation (e.g., "Violation of the Missouri Sunshine Law and 4th Amendment").

## III. Immediate Strategic Roadmap

- **Observation Period (Now – May 4):** Monitor PACER for any "Opposition" filed by Carthage. If they stay silent, they lose leverage.
- **The "Poke" (May 5):** If no response is filed, submit a "Notice of No Opposition" to force a judicial ruling on your pending motions.
- **Technical Pivot:** Present digital logs as "Audit Discrepancies" rather than "The Potato" to ensure the judge understands the severity.