PART 1: THE MOTION FOR DEFAULT

This addresses the "forfeit" because they haven't answered.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

MITSY LYNN WELCH, Plaintiff,

v. Case No. 3:26-cv-05034-DPR

THE CITY OF CARTHAGE, MISSOURI, et al., Defendants.

MOTION FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)

Plaintiff, Mitsy Lynn Welch, respectfully moves the Clerk of Court for an Entry of Default against Defendants. In support, Plaintiff states:

On [Insert Date of Service], Defendants were served with the Summons and Complaint.

Under Federal Rule of Civil Procedure 12, the time for Defendants to file a responsive pleading has expired.

As of April 28, 2026, Defendants have failed to plead or otherwise defend this action.

Plaintiff requests that the Clerk enter a default against Defendants.

PART 2: THE AMENDED COMPLAINT

This is the "easy" version the judge asked for to support your case.

AMENDED COMPLAINT

I. JURISDICTION

This action is brought under 42 U.S.C. § 1983 for violations of the Fourth and Fourteenth Amendments.

II. PARTIES

Plaintiff: Mitsy Lynn Welch.

Defendants: The City of Carthage, [Officer Name 1], [Officer Name 2].

III. STATEMENT OF FACTS

On [Date], at [Location], Defendant Officers stopped the Plaintiff.

During this stop, Defendants seized [List Items: e.g., gold, recording equipment].

Defendants failed to provide a warrant or a legal receipt for the property.

On [Date], Plaintiff requested the return of the property or the related records; Defendants refused.

Defendants are also withholding "ghost records" in violation of the Missouri Sunshine Law.

IV. CLAIMS FOR RELIEF

Count I: Unlawful Seizure (Fourth Amendment) – Defendants took property without legal authority.

Count II: Due Process (Fourteenth Amendment) – Defendants have provided no process for the return of property.

V. PRAYER FOR RELIEF

Plaintiff requests the return of all property, compensatory damages, and the release of all withheld records.

Respectfully Submitted,

Mitsy Lynn Welch, Pro Se