

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)** 7/3/2025

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Kelly Wright | | |
|---|---|---|---|
| Arthur J. Gallagher Risk Management Services, LLC<br>4622 Pennsylvania Avenue<br>Suite 920<br>Kansas City MO 64112 | PHONE (A/C, No, Ext): 816-292-7542 | | FAX (A/C, No): |
| | E-MAIL ADDRESS: certificates@mprisk.org | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| | INSURER A : Safety National Casualty Corporation | | 15105 |
| INSURED              MIDWPUB-03<br>City of Carthage<br>326 Grant St<br>Carthage, MO 64836 | INSURER B : Underwriters at Lloyd's, London | | 32727 |
| | INSURER C : Liberty Mutual Fire Insurance Company | | 23035 |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES    CERTIFICATE NUMBER: 1496183074    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **X COMMERCIAL GENERAL LIABILITY**<br>CLAIMS-MADE [ ] X OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>[ ] POLICY [ ] PROJECT [ ] LOC<br>X OTHER: Member | | | FCA4061094 | 7/1/2025 | 7/1/2026 | EACH OCCURRENCE | $5,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $5,000,000 |
| | | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $5,000,000 |
| | | | | | | | GENERAL AGGREGATE | $6,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $6,000,000 |
| | | | | | | | | $ |
| A | **AUTOMOBILE LIABILITY**<br>X ANY AUTO<br>[ ] OWNED AUTOS ONLY [ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | FCA4061094 | 7/1/2025 | 7/1/2026 | COMBINED SINGLE LIMIT (Ea accident) | $5,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** [ ] OCCUR<br>**EXCESS LIAB** [ ] CLAIMS-MADE<br>[ ] DED [ ] RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N<br>ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [N] N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | AGC4066692 | 7/1/2025 | 7/1/2026 | X PER STATUTE [ ] OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| A<br>B<br>C | Crime and Employee Fidelity<br>Property<br>Equipment Breakdown | | | FCA4061094<br>EW0314725<br>YB2-L9L-476500-015 | 7/1/2025<br>7/1/2025<br>7/1/2025 | 7/1/2026<br>7/1/2026<br>7/1/2026 | Limit<br>Limit<br>Limit | $1,000,000<br>$500,000,000<br>$250,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
Midwest Public Risk of Missouri – Retains the first $500,000 of each Liability Claim/Occurrence
Midwest Public Risk of Missouri – 50% Quota share of $500,000 x $500,000 with Governmental Entities Mutual of each Liability Claim/Occurrence
Midwest Public Risk of Missouri – Retains the first $750,000 of each Property Claim/Occurrence

Property includes: Buildings, Business Personal Property, Business Income, Inland Marine, Electronic Data Processing and Automobile Physical Damage

The purpose of this Certificate is to describe generally the nature, scope, and intent of the coverage of the Member Entity of Midwest Public Risk of Missouri ("MPR of Missouri" or "MPR"). In accordance with RSMo Section 537.620, except for being subject to the regulation of the director of the department of See Attached...

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| For Informational Purposes Only | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>**AUTHORIZED REPRESENTATIVE** |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03) Case 3:26-cv-05034-MBB The ACORD name and logo are registered marks of ACORD 04/28/26 Page 1 of 2

# ADDITIONAL REMARKS SCHEDULE

**ACORD**®

**AGENCY**
Arthur J. Gallagher Risk Management Services, LLC

**POLICY NUMBER**

**CARRIER**                    **NAIC CODE**

**NAMED INSURED**
City of Carthage
326 Grant St
Carthage, MO 64836

**EFFECTIVE DATE:**

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

FORM NUMBER: ____25____    FORM TITLE: CERTIFICATE OF LIABILITY INSURANCE

commerce and insurance under sections 375.930 to 375.948, sections 375.1000 to 375.1018, and sections 537.600 to 537.650, MPR of Missouri shall not be deemed to be an insurance company or insurer under the laws of this state, and the coverage provided by such entity and the administration of such entity shall not be deemed to constitute the transaction of an insurance business.

**ACORD 101 (2008/01)**

© 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD