NOTICE TO THE COURT: DEMAND FOR ENTRY OF DEFAULT JUDGMENT

TO THE HONORABLE JUDGE BENTON:

Plaintiff, Mitsy Lynn Welch, hereby submits this consolidated notice to clarify the current procedural standing of Case 3:26-cv-05034-DPR. The time for adversarial debate has concluded; the court must now move to the entry of judgment based on the following conclusive evidence.

I. Conclusive Proof of Service

The record now contains the "One-Two Punch" of federal service:

The Filed-Stamped Complaint: Conclusive proof that the Court legally accepted and docketed this action, establishing the formal summons.

The USPS Return Receipt ("Green Card"): Conclusive proof of receipt. This card bears the physical signature of the Defendants' authorized agent. This signature confirms actual notice and established the start of the 21-day deadline under FRCP 12.

II. Admissions by Operation of Law

Under FRCP 8(b)(6), because the Defendants failed to file a responsive pleading or "Answer" within the statutory timeframe, every factual allegation in the Complaint is now legally deemed admitted. * The merits are no longer a matter of debate.

The Defendants have waived their right to contest liability by remaining silent in the face of a court-stamped summons.

III. Demand for Default Judgment (FRCP 55)

The Plaintiff is no longer arguing the "case"—the Plaintiff is moving to Default.

Sum Certain: The damages requested represent a sum certain of $33,000,000.00.

Procedural Finality: Pursuant to FRCP 55(b)(1), since the Defendants have shown no intent to defend and the "Green Card" proves they were fully aware of the deadline, the Plaintiff requests the immediate entry of Default Judgment.

Conclusion

The "Green Card" signature and the "Filed" stamp together prove that the Defendants were handed the clock and watched it expire. Plaintiff respectfully requests that the Court cease consideration of the underlying merits—which are now admitted—and proceed immediately to the assessment and award of the requested damages.

Respectfully Submitted,

Mitsy Lynn Welch

Plaintiff Pro Se