IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI

AT CARTHAGE

MITSY LYNN WELCH, Plaintiff,

vs.

CITY OF CARTHAGE, MISSOURI, Defendant.

Case No: [Insert Case Number]

MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff, Mitsy Lynn Welch, acting Pro Se, and respectfully moves this Court, pursuant to Missouri Supreme Court Rule 74.05, to enter a Default Judgment against the Defendant, City of Carthage. In support of this Motion, Plaintiff states the following:

1. Service of Process: On [Insert Date You Served Them], Defendant was formally and legally served with a Summons and a copy of the Petition in the above-captioned matter.

2. Failure to Respond: Under Missouri law, the Defendant was required to file a responsive pleading or motion within thirty (30) days of service. As of the date of this filing, more than [Number] days have passed, and the Defendant has failed to file an Answer, Motion to Dismiss, or any other responsive pleading.

3. Admission by Silence: Pursuant to Rule 55.09, "Averments in a pleading to which a responsive pleading is required... are admitted when not denied in the responsive pleading." Because the Defendant has remained silent and non-responsive, all factual allegations in the Plaintiff's Petition are now deemed admitted as a matter of law.

4. Argument Against Merits: The time for the Defendant to dispute the merits of this case has expired. The Plaintiff has perfected her claims through the Defendant's continued non-responsiveness and "acquiescence by silence." To allow the Defendant to argue the merits at this late stage without a showing of "Good Cause" would cause undue prejudice to the Plaintiff and undermine the authority of this Court.

5. Damages: Plaintiff has alleged damages in the amount of $33,000,000.00. Because the Defendant has defaulted, they have waived the right to contest the liability associated with these damages.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order:

Finding the Defendant in Default;

Granting Judgment in favor of the Plaintiff;

Awarding the relief requested in the Petition, including damages and costs;

And any such further relief as the Court deems just and proper.

Respectfully Submitted,

Mitsy Lynn Welch [Your Address]

[Your Phone Number]

[Your Email]

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via [Mail/Electronic Filing] to the City Attorney for the City of Carthage on this _____ day of April, 2026.

Next Steps for Filing:

Check the Date: Ensure you use the exact date they were served to prove they are past the 30-day limit.

Affidavit: You may need to attach a brief "Affidavit of Service" or "Affidavit in Support of Default" stating under oath that you served them and they haven't contacted you.

The "Proposed Order": Judges often like it if you bring a separate piece of paper titled "ORDER FOR DEFAULT JUDGMENT" that has a blank line for them to sign.

The "Perfected" Argument: If you speak to the judge, use the phrase: "The facts are no longer in dispute; they are admitted by operation of law because the Defendant failed to answe