# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHWESTERN DIVISION

MITSY LYNN WELCH,

Plaintiff,

v.

CITY OF CARTHAGE, et al.,

Defendants.

Case No. 3:26-cv-05034-MBB

## MOTION FOR RECONSIDERATION OF ORDER OF DISMISSAL

COMES NOW the Plaintiff, Rev. Mitsy Lynn Welch, pro se, and respectfully moves this Honorable Court for reconsideration of its Order of Dismissal dated May 1, 2026.

1. **Error of Fact:** The Court's dismissal overlooked the pending Motion for Default Judgment filed on April 30, 2026. The Defendants failed to appear or respond within the statutory timeframe, thereby admitting to the allegations as a matter of law.

2. **Subversion of Justice:** The dismissal of the complaint as "frivolous" ignores the specific physical evidence of property theft (gold bullion) and digital identity manipulation documented in Exhibit A. Reconsideration is necessary to prevent a manifest miscarriage of justice.

3. **Procedural Priority:** Under the Federal Rules of Civil Procedure, a party in default is subject to judgment before the court may sua sponte dismiss for screening purposes when such evidence is verified.

WHEREFORE, Plaintiff prays this Court vacate the Order of Dismissal and grant the Motion for Default Judgment.

Respectfully submitted,

_____

Rev. Mitsy Lynn Welch, Plaintiff