# FEDERAL CASE SUMMARY REPORT

United States District Court - Western District of Missouri

**Case Number: 3:26-cv-05034-MBB (formerly DPR)**

**Style: Welch v. City of Carthage et al.**

**Current Status: CLOSED (Dismissed May 1, 2026)**

**Presiding Judge: Judge Duane Benton**

## Summary of Proceedings

This report documents the status of the case record regarding the Motion for Default Judgment and the subsequent Judicial Dismissal.

**April 20, 2026:** Action commenced. Plaintiff filed Amended Complaint alleging constitutional violations, identity manipulation, and digital fraud.

**April 24, 2026:** Magistrate Judge Rush directed the Clerk to reassign the case to an Article III District Judge (Judge Benton) for final determination.

**April 30, 2026:** Plaintiff filed Motion for Default Judgment (valued at $33.69 million) citing Defendants' failure to respond within the required legal timeframe.

**May 1, 2026:** The Court entered a Dismissal Order. The complaint was dismissed under 28 U.S.C. § 1915; all pending motions, including the Request for Default Judgment, were denied as **moot**.

## Documented Contentions

- **Subversion of Process:** The Plaintiff asserts that the court "subtracted justice" by failing to entry default against the City of Carthage prior to dismissing the case.
- **Evidence Log:** Plaintiff submitted final evidence packets and notices of federal evidence regarding metadata fraud and identity "anchoring" which she maintains the court bypassed.

*Notice: This case is currently marked as closed. Any further action, such as a Motion for Reconsideration or a Notice of Appeal, must be filed with the Clerk of Court in accordance with the Federal Rules of Civil Procedure.*