# NOTICE OF FORMAL COMPLAINT & EVIDENCE FILING

**TO:**   Jasper County Sheriff / Missouri State Auditor

**FROM:**   Rev. Mitsy Lynn Welch

**RE:**   Civil Rights Violations and Records Fraud (3:26-cv-05034)

This document serves as formal notification of systemic corruption and the subversion of legal processes involving the City of Carthage. The following points require immediate investigative review:

- **Theft of Physical Assets:** Evidence of stolen gold bullion and the subsequent spoliation of evidence by local officials.
- **Digital Record Manipulation:** The use of "Ghost Records" and identity anchoring to deny due process and legal standing.
- **Judicial Subversion:** The bypassing of federal default judgment procedures to protect municipal actors from accountability.

A full packet of evidence (Exhibit A) is attached. I request an official investigation into these matters as they fall under your jurisdiction for public accountability.

*Submitted electronically and via certified mail on May 3, 2026.*