# EXHIBIT A: EVIDENCE LOG FOR INVESTIGATIVE REVIEW

**REF: Case No. 3:26-cv-05034-MBB**
**SUBMITTED BY: Rev. Mitsy Lynn Welch**
**SUBJECT: Systematic Identity Anchoring and Asset Misappropriation**

### Item 1: Photographic Documentation of Physical Theft

Photos documenting the recovery of an empty box/bag originally containing gold bullion. This serves as visual proof of asset conversion and the failure of local law enforcement to secure personal property.

### Item 2: Digital Identity Metadata Logs

Documentation of "Ghost Records" and identity anchoring within municipal databases. This evidence demonstrates the manipulation of public records to subvert individual legal standing.

### Item 3: Notice of Default (Unanswered)

The administrative record showing that the City of Carthage failed to respond to constitutional claims, which under Federal Rules serves as a procedural admission of the facts alleged.