## FORMAL NOTICE OF PUBLIC ACCOUNTABILITY & EVIDENCE FILING

**TO:** Jasper County Sheriff / Missouri State Auditor

**FROM:** Rev. Mitsy Lynn Welch

**DATE:** May 3, 2026

This document serves as a formal notice regarding the subversion of justice and digital records fraud involving the City of Carthage. Enclosed are the records of Federal Case 3:26-cv-05034.

**Request for Action:**

- Investigation into the spoliation of physical evidence (Gold Bullion).
- Audit of municipal "Ghost Records" used for identity anchoring.
- Civil standby for the protection of constitutional rights during ongoing property disputes.

A full evidence packet, including photographic logs and federal filings, is attached for your immediate review.