MITSY LYNN WELCH,

Plaintiff,

v.

CITY OF CARTHAGE, et al.,

Defendants.

Case No. 3:26-cv-05034-MBB

## PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(E)

COMES NOW Plaintiff Mitsy Lynn Welch, pro se, and moves this Court to vacate the Order of Dismissal (Doc. 91) entered on May 1, 2026. This motion is necessary to prevent manifest injustice and to present specific factual allegations cured of previous deficiencies.

## I. CURE OF FACTUAL DEFICIENCIES

The Court previously cited "scant factual allegations" and placeholder text as grounds for dismissal. Plaintiff hereby provides the specific facts requested, derived from events occurring concurrently with the Court's deliberation:

- **Notice of Lawsuit:** On April 27, 2026, Defendants refused certified service. On April 28, 2026, as shown in Video Exhibits, Plaintiff provided verbal notice of this action to the Council.
- **Identification of Actors:** The previously bracketed placeholders are identified as Police Chief Chad Dininger and the individual presiding as Acting Mayor on April 28, 2026.

## II. NEW EVIDENCE OF CONSTITUTIONAL VIOLATIONS

On April 28, 2026, during a public hearing, the Presiding Officer stood and directed Chief Dininger to forcibly remove Plaintiff. This act, occurring in front of the public, constitutes a warrantless seizure (Fourth Amendment) and retaliation for protected speech (First Amendment).

## III. DISABILITY STATUS AND ADA NOTICE

Plaintiff suffers from Spastic Familial Paraplegia and Charcot-Marie-Tooth (CMT). Plaintiff explicitly notified the Council: "I don't walk well." The subsequent forcible removal by Chief Dininger constitutes a violation of the ADA and excessive force given Plaintiff's documented neurological impairment.

WHEREFORE, Plaintiff requests the Court vacate the dismissal and allow this case to proceed.

Respectfully Submitted,

_____

Mitsy Lynn Welch, Pro Se