# MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO RULE 59(e)

## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MISSOURI

**Case Number:** 3:26-cv-05034-MBB
**Plaintiff:** Reverend Mitsy Lynn Welch
**Respondent:** City of Carthage, MO, et al.

### I. ARGUMENT FOR RECONSIDERATION

Plaintiff respectfully moves this Court to Alter or Amend its Dismissal Order entered on May 1, 2026. The dismissal constitutes a manifest error of law and fact, as it bypassed the Plaintiff's pending Motion for Default Judgment and the documented evidence of identity anchoring fraud.

### II. FIDUCIARY BREACH BY STAND-IN LEADERSHIP

The record demonstrates a complete failure of oversight by the City Council and the "mayor of stand-in." Despite being put on direct notice of the Chief of Police's public misrepresentations regarding the status of seized gold, the interim leadership failed to exercise its fiduciary duty under Charter Rule 31. This inaction facilitated the continued deprivation of Plaintiff's physical assets and constitutional rights.

### III. CONCLUSION

In the interest of justice and to prevent manifest injustice, the Court should vacate the dismissal and allow the merits of the Second Amended Complaint to be heard.
*Executed on May 3, 2026.*