# SECOND AMENDED COMPLAINT

## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MISSOURI

**Case Number:** 3:26-cv-05034-MBB
**Plaintiff:** Reverend Mitsy Lynn Welch

### I. STATEMENT OF CLAIMS

Plaintiff incorporates by reference all previous allegations regarding the unlawful seizure of property and the fraudulent use of the name "Lyla Welch" to justify state action. The City of Carthage, through its officers and its "mayor of stand-in," has engaged in a conspiracy to violate the Plaintiff's Fourth, Fifth, and Fourteenth Amendment rights.

### II. IDENTIFICATION OF DEFENDANTS

The Defendants include the City of Carthage and its leadership who, while acting in a stand-in capacity, willfully ignored the deprivation of Plaintiff's property and the public slander issued by the Chief of Police. This failure to act constitutes a breach of the City Charter and removes the protection of qualified immunity.

### III. PRAYER FOR RELIEF

Plaintiff seeks immediate return of all seized assets, correction of all fraudulent records, and compensatory damages for the ongoing violation of her constitutional liberties.
*Respectfully Submitted,*
Reverend Mitsy Lynn Welch