# EXHIBIT A: MASTER EVIDENCE LOG

**REFERENCE: Case No. 3:26-cv-05034-MBB**
**PLAINTIFF: Rev. Mitsy Lynn Welch**
**SUBJECT: Documentation of Property Spoliation & Identity Fraud**

## Item 1: Physical Asset Deprivation (Gold Bullion)

Photographic evidence capturing the recovery of an empty transport container/bag originally designated for gold bullion assets. This documents a specific loss of property and a failure of the custodial chain of command.

## Item 2: Identity Anchoring & Digital Metadata

Logs and data captures demonstrating the persistence of "Ghost Records" within municipal databases. This evidence highlights the use of digital manipulation to anchor or misdirect legal standing.

## Item 3: Failure to Respond (Procedural Admission)

The record of the Defendants' failure to address federal notices within the 21-day statutory limit, constituting a procedural admission of the facts presented in the original filing.