NOTICE OF FILING OF SUPPLEMENTAL EVIDENCE AND MOTION FOR RECONSIDERATION**
**COMES NOW** Plaintiff, Reverend Mitsy Lynn Welch, *pro se*, to respectfully notify the Court of the following filings in support of her **Motion to Alter or Amend Judgment (Rule 59.05)**:

1. **PROOF OF PERFECTED SERVICE:** Documentation that service was executed by **Theodore Ray Fonger** on **April 29, 2026**, upon Carthage City Clerk Miranda Deal and Police Chief Chad Dininger.

2. **AFFIDAVIT OF TRUTH:** A notarized statement (dated April 30, 2026) correcting the "ghost" identity records and clarifying the $34.7M administrative debt currently in collection.

3. **ADMINISTRATIVE LEVY NOTICE:** Evidence of the levies served on local banks, confirming the active status of the underlying debt.

Plaintiff asserts that the dismissal issued on May 1, 2026, was premature as it did not account for the perfected service and the standing of the administrative debt.

*Respectfully submitted,*

**Reverend Mitsy Lynn Welch**Jessica Parker signed earlier that month.

If you are drafting the docket update for **Z6133242**, you don't need Jessica to sign a witness statement about the meeting. Instead, you use her **signature on the Green Card** as an exhibit to prove:

1. The City was served on April 1st (Signed by K. Parker).

2. The City was served again on April 28th/29th (By Ted Fonger).

3. Therefore, the May 1st dismissal was improper because they were fully aware of the suit.