DOCUMENT 1: MOTION FOR ENTRY OF DEFAULT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CASE NO. 3:26-cv-05034-DPR
MITSY LYNN WELCH, Plaintiff,
v.
THE CITY OF CARTHAGE, MISSOURI, et al., Defendants.

MOTION FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)
Plaintiff, Mitsy Lynn Welch, appearing pro se, respectfully moves the Clerk of Court for an Entry of Default against Defendants. In support, Plaintiff states:
Defendants were served with the Summons and Complaint.
Evidence of refused certified mail on April 23, 2026, demonstrates Defendants' bad faith rejection of legal process.
Under Federal Rule of Civil Procedure 12, the time for Defendants to file a responsive pleading has expired.
As of April 28, 2026, Defendants have failed to plead or otherwise defend this action.
WHEREFORE, Plaintiff requests that the Clerk enter a default against Defendants in the liquidated sum of $33,000,000.00.
Respectfully submitted,
/s/ Mitsy Lynn Welch

DOCUMENT 2: OBJECTIONS TO REPORT AND RECOMMENDATION
PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
Plaintiff, Mitsy Lynn Welch, respectfully submits these Objections to the Magistrate Judge's Report and Recommendation issued on April 24, 2026.
Pursuant to 28 U.S.C. § 636(b)(1), Plaintiff requests a de novo review by the presiding District Judge.
Objection to Frivolousness: The Report erroneously characterizes the Complaint as "frivolous". A claim is only frivolous if it lacks an arguable basis in law or fact.
Factual Basis: Claims involving "ghost records" and administrative irregularities are grounded in documented events, including the Missouri State Auditor's findings (April 2026).
Professional Expertise: These claims are supported by Plaintiff's direct observation and 30-year expertise in municipal accountability.
Leave to Amend: Plaintiff respectfully requests leave to file a First Amended Complaint to cure any perceived technical deficiencies.
Respectfully submitted,
/s/ Mitsy Lynn Welch

DOCUMENT 3: AMENDED COMPLAINT
AMENDED COMPLAINT
I. JURISDICTION
This action is brought pursuant to 42 U.S.C. § 1983 for violations of civil rights guaranteed by the Fourth and Fourteenth Amendments.
II. PARTIES
Plaintiff, Mitsy Lynn Welch, is a resident of Jasper County, Missouri. Defendants include the City of Carthage and Officers acting under color of state law.

III. STATEMENT OF FACTS
Defendants stopped the Plaintiff and seized property, including gold bullion, recording equipment, and identification documents.
Defendants failed to provide a warrant or a legal receipt.
Defendants have withheld public records ("ghost records") in violation of the Missouri Sunshine Law.
These actions have created a "Constructive Restraint," barring Plaintiff from retrieving her vehicle and performing clergy duties.

IV. PRAYER FOR RELIEF
Plaintiff requests the immediate return of all property, award of liquidated damages in the sum of $33,000,000.00, and the release of all withheld records.
I declare under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).
Executed on April 28, 2026.
/s/ Mitsy Lynn Welch