| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent<br>☐ Addressee |
| | B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to:<br><br>president Donald trump<br>1600 pennsylvania Ave<br>NW washington DC<br>       20500 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>RECEIVED<br>APR 2 3 2026<br>MSOB Mailroom COPIOA |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 9347 5002 8900 85



9589 0710 5270 3511 7698 52

| 3. Service Type | |
|---|---|
| ☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>  (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form **3811**, July 2020 PSN 7530-02-000-9053           Domestic Return Receipt

**AFFIDAVIT OF SERVICE**

State of Missouri, County of Jasper

I, Ted Fonger, being duly sworn, depose and say that I am over the age of 18 and not a party to this action. On April 29, 2026, I served the following documents: [Name of Lawsuit/Complaint/Notice] upon: CV 05034 DPR 3-26

Miranda Deal, City Clerk, at 326 Grant St, Carthage, MO.

Chad Dininger, Chief of Police, at 310 W 4th St, Carthage, MO.

[Name of Stand-In], [Title], at [Location].

by delivering a true and correct copy of said documents into their hands personally.

_____ (Ted Fonger's Signature)

Subscribed and sworn to before me this 30th day of April, 2026.

(Notary Seal and Signature Here)

*Victoria Gaytan*

VICTORIA GAYTAN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 19, 2030
JASPER COUNTY
COMMISSION #26763686

were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S.