UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI (SOUTHERN DIVISION)
MITSY WELCH, Plaintiff, v.
CITY OF CARTHAGE, MISSOURI, et al., Defendants.
Case No. 3:26-cv-05034-DPR

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AND VERIFIED STATEMENT OF LIQUIDATED DAMAGES

### I. REQUEST FOR ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Mitsy Welch hereby requests that the Clerk of the Court enter the default of the Defendant, City of Carthage, Missouri, and all named municipal officials. The Defendants were formally served with the Summons and Complaint on April 21, 2026. The deadline to respond was May 4, 2026. As of this date, no responsive pleading, motion, or defense has been filed.

### II. AFFIDAVIT OF SUM CERTAIN & RICO TREBLE APPLICATION

I, Mitsy Welch, Plaintiff Pro Se, declare under penalty of perjury:

Administrative Perfection: Defendants were Green Card Perfected regarding the underlying administrative claims as of April 1, 2026.

RICO Pattern & Tampering: Defendants have engaged in a pattern of racketeering activity, including the fraudulent use of "ghost records" (Case 190199522), the criminal spoliation of gold assets, the ongoing breach of Plaintiff's Social Security and federal credentials, and active Whistleblower/Witness Tampering.

Aggravated Retaliation: Defendants engaged in targeted harassment and obstruction of legal "anchors" resulting in the total termination of Plaintiff's 30-year professional career as a media personality and consultant.

Statutory Trebling: Pursuant to 18 U.S.C. § 1964(c) (RICO), Plaintiff is entitled to threefold the damages sustained.

### III. VERIFIED STATEMENT OF LIQUIDATED DAMAGES (AS OF MAY 11, 2026)

Itemization of Claim

Calculation Basis

Total Base Amount

Principal Administrative Claim

Defaulted 04/01/2026

$33,000,000.00

Career Termination Loss

Destruct. of 30-Year Career/Livelihood

$15,000,000.00

Whistleblower Tampering

Interference with Witness/Transparency

$5,000,000.00

RICO/Federal Interference

Green Card/SSN Breach & Obstruction

$8,000,000.00

Gold Restitution

Documented Gold Loss

$1,524,906.85

Judicial Obstruction Fee

Fraudulent Status/Anchor Blocking

$2,500,000.00

Whistleblower Retaliation

Meeting Removal/Charter Refusal

$2,000,000.00

Accrued Daily Interest/Relief

(9% Interest + $8,200/day from 04/01)

$669,816.59

SUBTOTAL (Base Damages)

$67,694,723.44

RICO TREBLE MULTIPLIER

Subtotal \times 3

\times 3

TOTAL SUM CERTAIN DUE

Liquidated Total

$203,084,170.32

IV. CONTINUING ACCRUAL NOTICE

Be advised that interest and penalties continue to accrue against the Defendants at a combined trebled rate of $64,010.97 per day until the date this judgment is satisfied in full.

V. RELIEF REQUESTED

Plaintiff requests that the Clerk formally record the Entry of Default under Rule 55(a) and issue a Default Judgment for the trebled sum certain of $203,084,170.32 under Rule 55(b)(1).

Respectfully Submitted,

Date: May 11, 2026

Signature: _____

MITSY WELCH, Plaintiff Pro Se 405 N. Connor, Joplin, MO 64801

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2026, a true and correct copy of the foregoing was served via Certified Mail to:
City of Carthage Attorney, 326 Grant St, Carthage, MO 64836
Carthage Municipal Court, 109 E. 4th St, Carthage, MO 64836