# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

MITSY LYNN WELCH,      )
     )
     Plaintiff,      )
     )
     v.      )      Case No. 3:26-cv-05034-MBB
     )
CITY OF CARTHAGE,      )
     )
     Defendant.      )

## ORDER

On May 1, 2026, the Court dismissed Plaintiff's amended complaint. (**Doc. 91**). Plaintiff then filed post-judgment motions. (**Docs. 101, 104, 105**). The Court denied the post-judgment motions on May 5, 2026. (**Doc. 113**). After filing her notice of appeal on May 5, 2026, Plaintiff filed two "motions for reconsideration" and two motions for "entry of default." (**Docs. 116, 123, 125, 143, 174**). It is well-established that "[o]nce a notice of appeal is filed, the district court is divested of jurisdiction over matters on appeal." *FutureFuel Chemical Co. v. Lonza, Inc.*, 756 F.3d 641, 648 (8th Cir. 2014). The Court lacks jurisdiction to rule on the pending motions. Because Plaintiff has filed over fifty documents after her notice of appeal, the Court ORDERS the Plaintiff to not file any further submissions with this Court until after the mandate from the Court of Appeals has issued. *See e.g. Garza v. Fabian*, 2007 WL 1721957, at *2 (D. Minn. 2007). The Clerk is directed to reject any filings from Plaintiff until such time.

     **IT IS SO ORDERED.**

s/ Megan Blair Benton
MEGAN BLAIR BENTON
UNITED STATES DISTRICT JUDGE

Dated: <u>May 13, 2026</u>