# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 18, 2026

Paige A. Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000

RE:  26-1880  Mitsy Welch v. City of Carthage, et al

Dear Clerk:

Please find the enclosed motion for leave to proceed on appeal in forma pauperis submitted to this court by Mitsy Welch and received in our office on May 15, 2026.  Mitsy Welch was directed to file the motion in the district court, therefore the pleading is being forwarded to your court for processing.  The original will be sent by U.S. Mail today's date.

Please notify our court once a ruling has been issued.

Susan E. Bindler
Clerk of Court

RDB

Enclosure(s)

cc:  Mitsy Lynn Welch

District Court/Agency Case Number(s):  3:26-cv-05034-MBB

UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

MITSY LYNN WELCH,

Plaintiff - Appellant,

v.

CITY OF CARTHAGE, MISSOURI, et al.,

Defendants - Appellees.

Case No. 26-1880

MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

Pursuant to 28 U.S.C. § 1915 and Federal Rule of Appellate Procedure 24, Appellant Mitsy Lynn Welch respectfully moves this Court for leave to proceed on appeal without the prepayment of fees or costs.

In support of this motion, Appellant declares that she is unable to pay the required filing fees for this appeal due to her current financial condition. Appellant further asserts that this appeal is taken in good faith and involves meritorious claims regarding civil rights violations, municipal accountability, and the spoliation of evidence.

Attached hereto is the required Financial Affidavit (Form 4) detailing Appellant's income, assets, and expenses.

Respectfully submitted,

[Your Signature]

Mitsy Lynn Welch, Pro Se

Dated: May 15, 2026

# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**Mitsy Lynn Welch,**
Plaintiff - Appellant,

**Appellate Case No: 26-1880**

v.

**City of Carthage, Mayor Dan Rife, et al.,**
Defendants - Appellees.

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Pursuant to Federal Rule of Appellate Procedure 24, Appellant Mitsy Lynn Welch moves this Court for leave to proceed on appeal without prepaying fees or costs. I am unable to pay the costs of this appeal due to my financial status as outlined below:

### FINANCIAL SUMMARY

| | |
|---|---|
| Monthly Disability Income (SSDI) | $1,024.00 |
| Total Monthly Expenses | $1,290.00 |
| **Net Monthly Deficit** | ($266.00) |

### ASSET DISCLOSURE

| | |
|---|---|
| Home (Estimated Value) | $11,000.00 |
| Vehicle: 2007 Ford Expedition Eddie Bauer | $3,900.00 |
| Asset Status: | In Tow / Unaccessible |

### STATEMENT OF ISSUES

1. Whether the District Court erred in dismissing claims regarding municipal accountability and violations of the Missouri Sunshine Law (Chapter 610, RSMo).
2. Whether the defendants, including City of Carthage officials, violated the Appellant's civil rights under 42 U.S.C. § 1983.
3. Whether the District Court failed to account for the illegal seizure of property and the resulting financial hardship as documented in the Appellant's filings.
4. Whether the lower court's ruling failed to address specific evidence of federal discrimination and lack of transparency by municipal entities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 13, 2026

_____

Mitsy Lynn Welch, Pro Se Appellant

## United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

Susan E. Bindler
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 06, 2026



Mitsy Lynn Welch

RE: 26-1880 Mitsy Welch v. City of Carthage, et al

Dear Appellant:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

We note that the matter was not served by the district court on any other party. Accordingly, you are notified that you are the only party to this appeal.

We note that the docketing and filing fees have not been paid. Enclosed is an order of this court setting out your options for satisfying the Eighth Circuit fee.

If you fail to take one of the options listed in the order, the court will issue an order directing you to show cause why the appeal should not be dismissed.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

**United States Court of Appeals**
*For The Eighth Circuit*

St. Louis, Missouri 63101

Susan E. Bindler
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 06, 2026

Mitsy Lynn Welch


RE: 26-1880 Mitsy Welch v. City of Carthage, et al

Dear Counsel:

The district court has transmitted an additional notice of appeal and docket entries in this matter. We have filed the additional notice of appeal in the above case docketed in this court on May 6, 2026.

Susan E. Bindler
Clerk of Court

RDB

Enclosure(s)

cc:     Paige A. Wymore-Wynn

        District Court/Agency Case Number(s):   3:26-cv-05034-MBB

## CERTIFICATE OF SERVICE
## FOR PRO SE DOCUMENTS

On the ___13th___ day of ___May___, 20_26_, the undersigned party served the following document or documents (list documents):

___electronically___

on (list names and addresses of parties or attorneys):

___Appelation West District AG Dales___

by delivering a copy by (state how you served the document, such as U.S. Mail):

___Certified message acnowleof:___

Rev ___M. Lisby Welch___
(Signature)

___Rev Misty Lynn Welch___
(Print or Type Name)

Case 3:26-cv-05034-MBB    Document 187    Filed 05/15/26    Page 7 of 31

| Operation of business, profession, or Farm (attach detail) | $ | | $ | |
| | $ | | $ | |

Total monthly expenses: $ 1290⁰⁰ | | $ | 0.00

Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes ☒ No    If yes, describe on an attached sheet.

Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☒ Yes ☐ No

If yes, how much? $ _300⁰_ _ok not a group_

11.    Provide any other information that will help explain why you cannot pay the costs of these proceedings.

They seized my license i have + one oz gold + Return exemplotitle w/which does not exist, i make victim here.

12.    Identify the city and state of your legal residence.

Missouri Joplin

Your daytime phone number:    4175609401

Your age: 44    Your years of schooling: cs

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ — 0 — | | | |
| Disability (such as social security, insurance payments) | $ — 0 — | $ — 0 — | $ — 0 — | $ — 0 — |
| Unemployment payments | $ 10 24 00 | $ 1024 00 | $ 1024 00 | $ — 0 — |
| Public-assistance (such as welfare) | $ — 0 — | $ — 0 — | $ — 0 — | $ — 0 — |
| Other (specify): | $ — 0 — | $ — 0 — | $ — 0 — | $ — 0 — |
| | $ — 0 — | $ — 0 — | $ — 0 — | $ — 0 — |
| Total monthly income: | $ 0.00 | $ — 0 — 0.00 | $ 1024 0.00 | $ — 0 — 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Self employed Thru Resumes | online | 1-1-2003 est | $ Varied |
| | Terminated due to this | 4-20-26 | $ Varied |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| — 0 — | — 0 — | — 0 — | $ — 0 — |
| — 0 — | — 0 — | — 0 — | $ — 0 — |
| — 0 — | — 0 — | — 0 — | $ — 0 — |

4. How much cash do you and your spouse have? $ — 0 —

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution — 0 — | Type of account | Amount you have | Amount you[r] spouse ha[ve] |
|---|---|---|---|
| — 0 — | — 0 — | $ — 0 — | $ — 0 — |
| — 0 — | — 0 — | $ — 0 — | $ — 0 — |
| — 0 — | — 0 — | $ — 0 — | $ — 0 — |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all re[ceipts,] expenditures, and balances during the last six months in your institutional accounts. If you have multiple accou[nts,] perhaps because you have been in multiple institutions, attach one certified statement of each account.

... and their values, which you own or your spouse owns. Do not list clothing and military ...

Assets owned by you or your spouse

| | |
|---|---|
| Other real estate (Value) | $ 11,000.00 |
| Motor vehicle #1 (Value) Expedition | $ -0- |
| Make and year: 07 Ford edy Bauer | $ 2900.00 |
| Model: Eddie Bauer | |
| Registration #: nlow inaccessible | |
| Motor vehicle #2 (Value) -0- | $ |
| Make and year: -0- | |
| Model: -0- | |
| Registration #: -0- | |
| Other assets (Value) -0- | $ -0- |
| Other assets (Value) -0- | $ -0- |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| -NA- | $ -0- | $ -0- |
| NA- | $ -0- | $ -0- |
| NA- | $ -0- | $ -0- |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| NA | Na | |
| NA | Na | — |
| Na | Na | |
| Na | Na | |

LITIGANTS
DOCUMENTS
2010

If you have monthly expenses that are paid weekly, biweekly, quarterly, semiannually, or annually to show the amount paid by your family, show separately the amounts paid by your family.

| | You | Your spouse |
|---|---|---|
| Are real estate taxes included? ☐ Yes ☑ No — Is property insurance included? ☐ Yes ☑ No | $ 100 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 800 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ -50 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 50 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 50 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ 0 |
| Homeowner's or renter's: | | |
| Life: | $ 100 | $ 0 |
| Health: | $ 0 | $ |
| Motor vehicle: | $ 190 | $ 0 |
| Other: | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor vehicle: | | |
| Credit card (name): | $ 0 | $ 0 |
| Department store (name): | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |
| maintenance, and support paid to others | $ 0 | $ 0 |
| | $ 0 | $ 0 |

87e64331-2018-49D2 aOD1-AO4AO56AOrc

## UNITED STATES DISTRICT COURT
### for the

Rev Mitsy Lynn Welch
_____
*Plaintiff/Petitioner*

City of Carthage et al
_____
*Defendant/Respondent*

Civil Action No. **261880**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Mitsy Welch*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 5-13-26

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment —0— Islamaphobia | $ -0- | $ -0- | $ -0- | $ -0- |
| Self-employment —0— Whistle Blower Termination | $ 1000.00 | $ -0- | $ -0- | $ -0- |
| Income from real property (such as rental income) —0— | $ -0- | $ -0- | $ -0- | $ -0- |
| Interest and dividends —0— | $ -0- | $ -0- | $ -0- | $ -0- |
| Gifts -0- | $ -0- | $ -0- | $ -0- | $ -0- |
| Alimony -0- | $ -0- | $ -0- | $ -0- | $ -0- |
| Child support -0- | $ -0- | $ -0- | $ -0- | $ -0- |

Page 4 of 5

Complete this column to a United States District Court Without Prepaying Fees or Costs (Long Form)

12. State the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rental for mobile home) Are real estate taxes included? ☐ Yes ☑ No Is property insurance included? ☐ Yes ☑ No | $ 100- | $ -0- |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 800- | $ -0- |
| Home maintenance (repairs and upkeep) | $ -0- | $ -0- |
| Food | $ -50- | $ -0- |
| Clothing | $ -0- | $ -0- |
| Laundry and dry-cleaning | $ -0- | $ |
| Medical and dental expenses | $ 50- | $ -0- |
| Transportation (not including motor vehicle payments) | $ 50- | $ -0- |
| Recreation, entertainment, newspapers, magazines, etc. | $ -0- | $ -0- |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | | |
| Life: | $ 100- | $ -0- |
| Health: | $ -0- | $ |
| Motor vehicle: | $ 190- | $ -0- |
| Other: | $ -0- | $ -0- |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ -0- | $ -0- |
| Installment payments | $ -0- | $ -0- |
| Motor vehicle: | | |
| Credit card (name): | $ -0- | $ -0- |
| Department store (name): | $ -0- | $ -0- |
| Other: | $ 0- | $ -0- |
| maintenance, and support paid to others | $ -0- | $ -0- |
| | $ -0- | $ -0- |

... for Application of Business, profession, or farm tenant's Assets)

Page 7 of 1

| | $ | | $ | |
|---|---|---|---|---|
| | $ | | $ | |
| Total monthly expenses: | $ 1280 | | $ | 0.00 |

Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes    ☒ No         If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☒ Yes  ☐ No

If yes, how much?  $ 300 print shop

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

They Seized my Liscence illegally + one oz Gold + Return a empty bottle w/ white dust not gold! Anothe vacation here!

12. Identify the city and state of your legal residence.

Missouri Joplin

Your daytime phone number:  417560 9101

Your age:  44     Your years of schooling:  CG

28-1880



Mitsy Lynn Welch
405 N. Conner Avenue
Joplin, MO 64801

# NOTICE TO PRO SE LITIGANTS
## REGARDING SERVICE OF THEIR DOCUMENTS
### EFFECTIVE DATE - OCTOBER 1, 2010

The Eighth Circuit has amended its local rules to provide that pro se litigants can use the CM/ECF filing system to serve their documents on opposing counsel. A copy of the Eighth Circuit Rule 25B is attached to this notice. Please review the rule carefully.

### How Does It Work?

Under this new rule, pro se litigants do not have to mail copies of their filings to opposing counsel. Instead, the pro se party will file a copy of the pleading or other documents with the clerk of the Eighth Circuit, and the clerk will use the CM/ECF system to serve the filing on opposing parties. Upon receipt of your pleading, the clerk will make a docket entry, scan the document into the CM/ECF system, and serve it on all registered users through a CM/ECF Notice of Docket Activity. All response times and subsequent filing dates are calculated from the date of the Notice of Docket Activity. You will receive a paper copy of the Notice of Docket Activity to show your document has been filed and served. The rule applies to all letters, pleadings and briefs you file with the court.

### How Do I Know If I Have to Serve Someone With a Paper Copy of My Pleading?

When the case is docketed, the clerk will provide the pro se parties in the case with a listing of the parties and attorneys in the case. The list will designate those parties and attorneys being served by CM/ECF and those parties and attorneys being served by mail. Nearly all attorneys practicing before the court are registered CM/ECF filers, and the clerk will serve your pleadings on these attorneys through a CM/ECF electronic notice. However, there will be some cases where attorneys or parties are not registered CM/ECF filers, and you must serve these parties by mailing a copy of your pleading to them at the time you file the pleading with the court. See FRAP 25. Please review the service list carefully to see if there are any parties or attorneys you must serve with a paper copy of your pleading. If you have any questions about service of a party or attorney, please contact the clerk's office.

### Do I Still Need a Certificate of Service?

Yes. Your certificate of service should show the date the document was mailed to the clerk and the names of all parties or attorneys you served by mail. A sample certificate is attached.



Rule 25B **FILING BY PRO SE LITIGANTS WHO ARE NOT REGISTERED CM/ECF FILERS**

(a) *General Provisions.* Pro se litigants who are not registered users of the CM/ECF system may use CM/ECF to serve their pleadings on registered users of the system. When the case is docketed, the clerk will provide the pro se litigant with a listing of the parties to the case which will show whether a party can be served electronically by the clerk or must be served by mail by the pro se litigant. If a party to the appeal is a registered CM/ECF user or is represented by a registered user, the clerk will perform service on the party pursuant to the provisions of these rules, and the pro se litigant is not required to serve a paper copy of the pleading on the registered user. If a party to the appeal is not a registered user or is not represented by a registered user, the pro se litigant must serve a paper copy of the document on the party in accordance with the provisions of FRAP 25 at the same time he files the document with the clerk.

(b) *Duties of the Clerk and Service on Parties to the Appeal.* When a pro se litigant files a paper document with the clerk's office, the clerk will scan the document into the CM/ECF system and create a docket entry for the pleading showing its filing date. The clerk will then provide every registered user with an electronic Notice of Docket Activity. This electronic Notice of Docket Activity will constitute service of the document on the registered user for purposes of FRAP 26, and the date of the electronic Notice of Docket Activity will serve as the date of service for purposes of FRAP 26(c). Response or reply times for non-registered users who receive their service by mail will be calculated in accordance with the provisions of FRAP 26(c).

(c) *Pro Se Certificate of Service.* Every document filed by a pro se litigant shall include a certificate of service which provides the date the party mailed the document to the clerk, together with the names of any parties or attorneys the pro se party served by mail. A sample pro se certificate of service can be found at Appendix B to these rules.

(d) *Clerk to Provide Copy of Notice of Docket Activity.* The clerk will provide the pro se filer with a paper copy of the Notice of Docket Activity showing the date the document was filed and the names of the persons the clerk served electronically.

-9-

## CERTIFICATE OF SERVICE
## FOR PRO SE DOCUMENTS

On the ___13th___ day of ___May___, 20_26_, the undersigned party served the following document or documents (list documents):

Electronicly

on (list names and addresses of parties or attorneys):

Appelchian West District HS Pacos

by delivering a copy by (state how you served the document, such as U.S. Mail):

Certified method deof:

Rev _(Signature)_

Rev Mitsy Lynn Welch
(Print or Type Name)

**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

Susan E. Bindler
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 06, 2026

Mitsy Lynn Welch
405 N. Conner Avenue
Joplin, MO 64801

RE: 26-1880 Mitsy Welch v. City of Carthage, et al

Dear Counsel:

The district court has transmitted an additional notice of appeal and docket entries in this matter. We have filed the additional notice of appeal in the above case docketed in this court on May 6, 2026.

Susan E. Bindler
Clerk of Court

RDB

Enclosure(s)

cc:     Paige A. Wymore-Wynn

District Court/Agency Case Number(s):  3:26-cv-05034-MBB

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 26-1880

Rev Mitsy Lynn Welch

Appellant

v.

City of Carthage, et al.

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Joplin
(3:26-cv-05034-MBB)

---

ORDER

The $605 appellate filing and docketing fee has not been paid and is due. Appellant is directed to either pay the fee in the district court or file a motion for leave to proceed in forma pauperis in the district court within 21 days of the date of this order. If appellant does not pay the fee or move for IFP status by May 27, 2026, an order will be entered directing the appellant to show cause why this appeal should not be dismissed for failure to prosecute.

May 06, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler



Addresses For Case Participants: 26-1000

Mary Lynn Welsh
405 N. Conner Avenue
Joplin, MO 64801

Peggi A. Wynant-Wynn
U.S. DISTRICT COURT - Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO 64106-0028



Addresses For Case Participants: 16-1888

Mike Lynn Walsh
601 N. Connor Avenue
Joplin, MO 64801

Page A. Wymore Wood
U.S. DISTRICT COURT, Western Missouri
Western District of Missouri Clerk's Office
Room 1516
400 E. Ninth Street
Kansas City, MO 64106-0320

Caption For Case Number: 26-1880

Rev Mitsy Lynn Welch

Plaintiff - Appellant

v.

City of Carthage; Mayor Unknown Flanigan; Alan Snow; Juan Fuentes; Miranda Deal; Traci Cox; Chief Unknown Dinigen; Unknown Ransom; Sgt Unknown Adams; Jon Gold; Amy Taylor; Ray West; Beth Kang; Fire Chief; Fire Chief Secretary

Defendants - Appellees

Caption For Case Number: 26-1880

Rev Mitsy Lynn Welch

        Plaintiff - Appellant

v.

City of Carthage; Mayor Unknown Flanigan; Alan Snow; Juan Fuentes; Miranda Deak; Tracy Cox; Chief Unknown Dinigen; Unknown Ransom; Sgt Unknown Adams; Jon Gold; Amy Taylor; Ray West; Beth Kang; Fire Chief; Fire Chief Secretary

        Defendants - Appellees

**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

Susan E. Bindler
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 06, 2026

Mitsy Lynn Welch
405 N. Conner Avenue
Joplin, MO 64801

RE: 26-1880 Mitsy Welch v. City of Carthage, et al

Dear Appellant:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

We note that the matter was not served by the district court on any other party. Accordingly, you are notified that you are the only party to this appeal.

We note that the docketing and filing fees have not been paid. Enclosed is an order of this court setting out your options for satisfying the Eighth Circuit fee.

If you fail to take one of the options listed in the order, the court will issue an order directing you to show cause why the appeal should not be dismissed.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

**United States Court of Appeals**
**For The Eighth Circuit**
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

Susan E. Bindler
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 06, 2026

Mitsy Lynn Welch
405 N. Conner Avenue
Joplin, MO 64801

RE: 26-1880 Mitsy Welch v. City of Carthage, et al

Dear Appellant:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

We note that the matter was not served by the district court on any other party. Accordingly, you are notified that you are the only party to this appeal.

We note that the docketing and filing fees have not been paid. Enclosed is an order of this court setting out your options for satisfying the Eighth Circuit fee.

If you fail to take one of the options listed in the order, the court will issue an order directing you to show cause why the appeal should not be dismissed.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.



8DLeau 4887 - 810pankryardardar
87e64331-2018-49D2 aOD1- AO4A056AO%

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)          Page 1 of 5

# UNITED STATES DISTRICT COURT
### for the

Rev Mtsy Luna Welch
_____
*Plaintiff/Petitioner*

v.

City of Carthage et el
_____
*Defendant/Respondent*

)
)
)  Civil Action No. 264880
)
)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare
that I am unable to pay the costs of these proceedings
and that I am entitled to the relief requested. I declare
under penalty of perjury that the information below is
true and understand that a false statement may result in
a dismissal of my claims.

Signed: *Mtsy Welch*          Date: 5-13-26

**Instructions**

Complete all questions in this application and then sign it.
Do not leave any blanks: if the answer to a question is "0,"
"none," or "not applicable (N/A)," write that response. If
you need more space to answer a question or to explain your
answer, attach a separate sheet of paper identified with your
name, your case's docket number, and the question number.

1.  For both you and your spouse estimate the average amount of money received from each of the following
    sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly,
    semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions
    for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment  —0— | $ -0- | $ -0- | $ -0- | $ -0- |
| Self-employment —0— WhistleBlower Termination | $ 1000.00 | $ -0- | $ -0- | $ -0- |
| Income from real property (such as rental income) —0— | $ -0- | $ -0 | $ -0- | $ -0- |
| Interest and dividends —0— | $ -0- | $ -0 | $ -0- | $ -0- |
| Gifts —0— | $ -0- | $ -0 | $ -0- | $ -0- |
| Alimony —0— | $ -0- | $ -0 | $ -0- | $ -0- |
| Child support —0— | $ -0- | $ -0 | $ -0- | $ -0- |

| Retirement (such as social security, pensions, annuities, insurance) | $ — 0 — | | | |
| Disability payments (such as social security, insurance payments) | $ — 0 — | $ — 0 — | $ — 0 — | $ — 0 — |
| Unemployment payments | $ 1,024.00 | $ 1024.00 | $ 1024.00 | $ — 0 — |
| Public-assistance (such as welfare) | $ — 0 — | $ — 0 — | $ — 0 — | $ — 0 — |
| Other (specify): | $ — 0 — | $ — 0 — | $ — 0 — | $ — 0 — |
| | $ — 0 — | $ — 0 — | $ — 0 — | $ — 0 — |
| Total monthly income: | $ 0.00 | $ — 0 — 0.00 | $ 1024 0.00 | $ — 0 — 0.00 |

2.    List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Self employed | online | 1-1-2003 est | $ Varred |
| Thru Resume | Terminated due to this | 4-20-26 | $ Varred |

3.    List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| — 0 — | | | |
| — 0 — | — 0 — | — 0 — | $ — 0 — |
| — 0 — | — 0 — | — 0 — | $ — 0 — |
| — 0 — | — 0 — | — 0 — | $ — 0 — |

4.    How much cash do you and your spouse have? $ — 0 —

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution — 0 — | Type of account | Amount you have | Amount you spouse ha |
|---|---|---|---|
| — 0 — | — 0 — | $ — 0 — | $ — 0 — |
| — 0 — | — 0 — | $ — 0 — | $ — 0 — |
| — 0 — | — 0 — | $ — 0 — | $ — 0 — |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all re expenditures, and balances during the last six months in your institutional accounts. If you have multiple accou perhaps because you have been in multiple institutions, attach one certified statement of each account.

[Part ... of ... application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)]

List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home (Value) | | $ |
| Other real estate (Value) | | $ 1,000.00 |
| Motor vehicle #1 (Value)  -0- | | $ -0- |
| Expedition | | $ 2900.00 |
| Make and year: 07 Forded g Bauer | | |
| Model: Eddie Bauer | | |
| Registration #: Current -0- turn o3P intor unaccessible - | | |
| Motor vehicle #2 (Value)  -0- | | |
| Make and year:  -0- | | $ |
| Model:  -0- | | |
| Registration #:  -0- | | |
| Other assets (Value)  -0- | | |
| Other assets (Value)  -0- | | $  -0- |
| | | $  -0- |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Separat  -NA- | $  -0- | $  -0- |
| NA- | $  -0- | $  -0- |
| NA- | $  -0- | $  -0- |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| NA | Na | — |
| NA | Na | |
| Na | Na | |
| Na | Na | |

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

REV. MITSY LYNN WELCH,    )
           )
  Plaintiff - Appellant,    )
           )  District Ct. Case No.: 3:26-cv-05034
v.           )  Appellate Case No.: 26-1880
           )
CITY OF CARTHAGE, et al.,    )
           )
  Defendants - Appellees.    )
_____)

APPELLANT'S PROTECTIVE MOTION FOR LEAVE TO PROCEED
IN FORMA PAUPERIS ON APPEAL

Appellant, Rev. Mitsy Lynn Welch, respectfully moves this Court, pursuant to Federal Rule of Appellate Procedure 24(a)(5), for leave to proceed on appeal without the prepayment of fees or costs.

In support of this Motion, Appellant states:
1. Appellant filed a timely Notice of Appeal on May 6, 2026.
2. Appellant previously filed a Motion to Proceed In Forma Pauperis in the U.S. District Court for the Western District of Missouri on April 20, 2026.
3. Because the District Court has not yet ruled on that motion, and out of an abundance of caution to meet this Court's May 27, 2026 deadline, Appellant submits this protective application directly to the Court of Appeals.
4. As demonstrated by the attached Form 4 Affidavit, Appellant is unable to pay the $605.00 appellate filing fee due to financial hardship and believes she is entitled to the redress sought in this appeal.

WHEREFORE, Appellant respectfully requests that this Court grant this Motion and permit her to proceed with this appeal in forma pauperis.

Dated: May _18___, 2026

Respectfully submitted,

_____
Rev. Mitsy Lynn Welch, Pro Se
Joplin, MO