UNITED STATES COURT OF APPEALS

FOR THE EIGHTH CIRCUIT

OFFICE OF THE CLERK

ST. LOUIS, MO 63102

OFFICIAL BUSINESS

Paige A. Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street

Screened By
U.S. Marshals

FIRST-CLASS

CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS



US POSTAGE
ZIP 63102
02 7W
0000804564