**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **REV. MITSY LYNN WELCH**, <br><br> *Plaintiff,* <br><br> v. <br><br> **CITY OF CARTHAGE, MISSOURI, et al.**, <br><br> Defendants. | **Case No.:** 3:26-cv-05034 <br> **Judge:** Honorable United States District Judge <br><br><br> **<u>PLAINTIFF'S MOTION FOR RECONSIDERATION AND REQUEST FOR JUDICIAL INTERCESSION</u>** |

COMES NOW the Plaintiff, Rev. Mitsy Lynn Welch, appearing *pro se,* and respectfully moves this Honorable Court to reconsider its orders and judgment in the above-styled matter, and requests that the Court intercede on her behalf to prevent ongoing, severe, and irreparable hardships. In support of this Motion, Plaintiff states as follows:

## I. PRELIMINARY STATEMENT

Plaintiff brings this motion in urgent need of judicial intervention. The ongoing consequences of the disputes underlying this case have directly resulted in a severe, systematic deprivation of Plaintiff's basic constitutional rights, personal property, and essential means of survival. Plaintiff respectfully requests that the Court look past any procedural technicalities to address the acute, ongoing emergencies detailed below.

## II. STATEMENT OF MATERIAL HARDSHIPS & FACTS

Plaintiff is experiencing severe and escalating injuries that severely impair her health, safety, and daily living, arising from the actions detailed in this matter. Specifically, Plaintiff has suffered and continues to suffer the following severe hardships:

1. **Loss of Identification and Ability to Function:** Plaintiff has completely lost her driver's license and secondary legal means of identification. As a direct result, Plaintiff is completely unable to identify herself for daily vital services, legal interactions, or necessary transactions. Most critically, Plaintiff cannot verify her identity in the event of an active medical or safety emergency, presenting an immediate threat to her life and well-being.

2. **Deprivation of Food and Assistance:** Due to the lack of identification and ongoing administrative restrictions, Plaintiff is actively being barred from receiving critical humanitarian aid, including being denied the ability to obtain basic dog food and supplies from the local Humane Society for her animal companions.

3. **Seizure of Material Property:** Plaintiff has been fully deprived of her personal automobile, stripping away her fundamental liberty of transport and movement. Furthermore, Plaintiff's gold and financial stability have been compromised, compounding her economic vulnerability.

### III. ARGUMENT & GROUNDS FOR RELIEF

Under the Federal Rules of Civil Procedure, including Rule 60(b), a court retains the equitable power to relieve a party from a final judgment or order for reasons of mistake, inadvertence, newly discovered evidence, or any other reason that justifies relief from the operation of the judgment. The federal courts hold an inherent responsibility to ensure that equity is served when a litigant faces severe, ongoing emergency circumstances that impact their literal survival and fundamental civil liberties.

The combination of losing all means of official identification, the seizure of essential transport, the loss of core physical assets (gold), and the blocking of access to basic municipal and charitable aid presents an extraordinary circumstance. Plaintiff asks this Court to exercise its

equitable powers to intercede, review the underlying claims, and protect an unrepresented citizen from continuous, cascading harm.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Rev. Mitsy Lynn Welch respectfully requests that this Honorable Court:

1. Reconsider its prior orders and judgment in this matter;

2. Order the immediate return or restoration of Plaintiff's driver's license, vehicle, and property;

3. Enjoin any entity from denying Plaintiff access to emergency identity verification and basic community aid; and

4. Grant such other, further, or emergency relief as this Court deems just, proper, and necessary under the circumstances.

Dated: July 9, 2026

Respectfully submitted,

_____

Rev. Mitsy Lynn Welch, *Pro Se*
Address: _____
_____
Phone: _____
Email: _____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the opposing counsel of record for Defendants via the Court's Electronic Case Filing (ECF) system, or by placing a copy in the United States Mail, first-class postage prepaid, addressed to counsel of record on this 9th day of July, 2026.

Rev. Mitsy Lynn Welch, *Pro Se*