IN THE 8th district FOR THE Jasper county United States of America

Mitsy Welch , Plaintiff,

v.

Carthage city etao, Defendant.

Case No.: 32605034 190199522 190199533 24048235 24048236 261880

MOTION FOR RELIEF BASED ON UNCONSTITUTIONAL ADMINISTRATIVE BURDEN AND OBSTRUCTION OF RIGHTS

COMES NOW, Plaintiff/Movant mitsy welch representing themselves pro se, and respectfully moves this Court to grant relief regarding the unconstitutional administrative burdens placed upon the exercise of fundamental, natural, and constitutional rights. In support of this Motion, Movant states as follows:

I. STATEMENT OF FACTS

Movant possesses inherent natural rights protected under the United States Constitution.

The administrative procedures imposed by Respondent create an unconstitutional burden, effectively converting a fundamental right into a government-conditioned privilege.

Proof of this legal mechanism is demonstrated through the requirement and processing of official documentation, such as Permanent Resident Cards ("Green Cards"), which illustrate how the administrative state regulates and restrictions basic rights.

Furthermore, Respondent has repeatedly violated state public records and open meetings laws ("Sunshine Laws"), obstructing transparency and hindering Movant's ability to redress grievances.

Audio and visual media evidence, including recorded video footage, documents specific instances of obstruction by state or administrative actors.

II. ARGUMENT

Unconstitutional Administrative Burden: Under established constitutional jurisprudence, the government cannot impose administrative hurdles so burdensome that they infringe upon, delay, or deny the exercise of constitutional and natural rights.

Demonstration of Government Regulation via Official Records: Regulatory documentation, such as administrative residency cards, proves the legal framework through which administrative overreach restricts natural movement, standing, and privileges without due process.

Sunshine Law Violations and Physical/Procedural Obstruction: Public records laws exist to guarantee government accountability. The submitted video recordings and records demonstrate a systematic pattern of Sunshine Law non-compliance and procedural obstruction.

III. CONCLUSION & RELIEF REQUESTED

WHEREFORE, Movant respectfully requests that this Honorable Court:

Declare the administrative requirements at issue an unconstitutional burden on Movant's rights.

Order Respondent to cease all administrative obstruction and comply immediately with Sunshine Law disclosures.

Grant any further relief the Court deems just and proper.

Respectfully submitted this _____2 day of _____august, 20.26

Mitsy welch Pro Se 405 n Connor ave joplin mo 64801

4173176317

Ozarkseer13@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this __2___ day of _____8_____, 20, 26 a true and correct copy of the foregoing Motion was served upon all parties of record via [I Electronic Service].

[YOUR SIGNATURE] mitsy